UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO:

| | |
|---|---|
| DAIRY MART, IRFAN KASHIF, OWNER, PLAINTIFF<br><br>v.<br><br>UNITED STATES OF AMERICA, DEFENDANT | PLAINTIFF'S COMPLAINT AND REQUEST FOR JUDICIAL REVIEW PURSUANT TO 7 USC 2023 (a) (13) and 7 CFR 279.7 |

## PARTIES

1. The Plaintiff, Dairy Mart, Irfan Kashif, owner, is the Appellant in the matter of Dairy Mart v. Retailer Operations Division, Respondent, United States Department of Agriculture Food and Nutrition Service Administrative Review, Case No. C0166843, with a business address of 160 Lyman Street, Holyoke, Hampden County, Massachusetts.

2. Pursuant to 7 USC 2023 (a) 13 and 7 CFR 297.7 the Plaintiff asserts this claim against the United States of America seeking judicial review of the Final Notice of Determination/Final Agency Decision rendered by the United States Department of Agriculture, (USDA) Food and Nutrition Service (FNS), on September 16, 2014.

## COUNT I

3. On September 16, 2014 the United States Department of Agriculture, (USDA) Food and Nutrition Services (FNS), acting as an agency of the United States rendered a Final Agency Decision affirming a Permanent Disqualification upon Plaintiff, Dairy Mart, from participation as an authorized retailer in the Supplemental Nutrition Assistance Program (SNAP) rendered by (FNS) (SNAP) Retailers Operation Division based on violations of 7 USC§ 2021 (b) (3), 7 CFR 278 6 (e) (l), 7 CFR § 271.2 and 7 CFR § 278.2 (a).

4. Plaintiff contends that the evidence does not support/establish that any of the predicate acts supporting the Permanent Disqualification were for the benefit of the Plaintiff, or participated in by the Plaintiff, and the evidence is not sufficient to support Plaintiff's Permanent Disqualification under 7 CFR § 2021 (b) (3), 7 CFR 278 6 (e) (l), 7CFR § 271.2 and 7 CFR § 278.2 (a).

A. WHEREFOR, the Plaintiff, Dairy Mart, requests that this Honorable Court set aside the United States-(USAD) (FNS) Final Agency Decision dated September 16, 2014.

## COUNT II

5. The Plaintiff, Dairy Mart, hereby re-alleges and incorporates by reference herein paragraphs one (1) through four (4) as previously stated.

6. The Defendant, United States, through its agent (USDA) (FNS), in its Final Agency Decision, affirming a Permanent Disqualification upon the Plaintiff, denied the Plaintiff eligibility for a civil money penalty in lieu of Permanent Disqualification which is authorized pursuant to 7 CFR 278 6 (i).

7. On or about June 17, 2014 the Plaintiff through counsel, addressed the required criteria for eligibility of application of 7 CFR §278 6 (i) Civil Penalty Alternative, and expressed willingness to provide any supplemental material requested. On July 1, 2014 the Plaintiff provided supplemental materials.

8. Plaintiff contends that the evidence presented is sufficient to support its eligibility for a civil penalty in lieu of Permanent Disqualification.

WHEREFORE, the Plaintiff, Dairy Mart, requests that this Honorable Court set aside the United States-(USAD) (FNS) Final Agency Decision dated September 16, 2014.

The Plaintiff
By Its Attorney

/s/Thomas Wilson

Thomas N. Wilson, Esquire
Dunn & Wilson, Attorneys at Law
98 Lower Westfield Road, Suite 3
Holyoke, MA 01040
(ph)(413) 533-6800
(f) (413) 533-1468
BBO: 552169