

**USDA**

**United States Department of Agriculture**

Food and Nutrition Service

3101 Park Center Drive

Alexandria, VA 22302-1500

General: (703) 305-2464

Fax: (703) 305-2821

*DECLARATION OF COMPLETENESS OF RECORD*
*OF PROCEEDINGS BEFORE*
*ADMINISTRATIVE REVIEW OFFICER*

*RE:*   Dairy Market
       Holyoke, Massachusetts

The undersigned hereby declares:

1.    That as Acting Chief of the Administrative Review Branch of the Retailer Policy and Management Division, she is the duly designated supervisor of Nancy Baca-Stepan the Administrative Review Officer who made the Final Agency Determination complained of in this action;

2.    That in her position, the undersigned is the designated custodian of records in this matter;

3.    That the undersigned has examined the administrative appeal record of Dairy Market attached hereto as pages A.R. 1 through A.R. 143 and that the attached is a true and correct copy of the said administrative appeal record, and of the record considered by Nancy Baca-Stepan in sustaining the decision of Gilda Torres, Officer In Charge of the Food and Nutrition Service, Investigative Analysis Branch, Area 1 Office to permanently disqualify Dairy Market from participation in the Supplemental Nutrition Assistance Program; as elaborated in her determination dated September 16, 2014.  The SSN's, EIN's and DOB's were redacted to comply with the E-Government Act.

4.    I declare under penalty of perjury that the foregoing is true and correct.

Vicky T. Robinson for Madeline Viens, Acting Chief
Administrative Review Branch
Retailer Policy and Management Division

Certified on this 27th day of January 2015.

AN EQUAL OPPORTUNITY EMPLOYER

# INDEX OF EXHIBITS
## USDA/FNS OFFICIAL RECORD
## IN THE MATTER OF
## DAIRY MARKET
## HOLYOKE, MASSACHUSETTS

A.R. 1-9          FNS- STARS: View Store – 252 Application for authorization to
                  redeem Supplemental Nutrition Assistance Program benefits, dated
                  December 29, 2006.

A.R. 10-35        FNS- Retailer investigations Branch, New York/ Trenton Area
                  Office store visit, dated August 16, 2013.

A.R. 36           FNS- Investigative Analysis Branch, Area 1 Office RIB Case
                  Worksheet, dated May 20, 2014.

A.R. 37-90        FNS- Investigative Analysis Branch, Area 1 Office charge letter,
                  dated May 20, 2014.

A.R. 91           Confirmation of delivery of charge letter to Appellant on
                  May 21, 2014.

A.R. 92-93        Letter from the Appellant's Attorney, dated May 29, 2014.

A.R. 94           SNAP Authorized stores within a mile radius.

A.R. 95-99        FNS- Investigative Analysis Branch, Area 1 Office Sanction
                  Recommendation, dated June 5- 13, 2014.

A.R. 100-101      FNS- Investigative Analysis Branch, Area 1 Office determination
                  letter, dated June 11, 2014.

A.R. 102-103      Confirmation of delivery of determination letter to Appellant's
                  Attorney on June 12, 2014.

A.R. 104-108      Appellant's initial request for Administrative Review, dated
                  June 17, 2014.

A.R. 109          Letter dated June 18, 2014, by FNS-Administrative Review
                  Branch, acknowledging receipt of Appellant's request for
                  Administrative Review.

A.R. 110-113      Confirmation of delivery of the acknowledgement letter to the
                  Appellant's Attorney and the Appellant on June 20, 2014.

A.R. 114-124      Letter from Appellant's Attorney, dated July 1, 2014.

A.R. 125-127      STARS: View Pass Data Summary Case Event.

A.R. 128-130       Case analysis prepared by FNS-Administrative Review Officer.

A.R. 131-139       Final Agency Decision dated September 16, 2014, issued by FNS-Administrative Review Branch.

A.R. 140-143       Confirmation of delivery of the Final Agency Decision to the Appellant's Attorney and the Appellant on September 17, 2014.

**FNS Number:**
**0088530**

**Dairy Market**
**Chain Store**
**Number:** NONE

**Status:** ▇ Permanently Disqualified - SNAP Program Violation - 06/12/2014
**Risk Level:** <u>High</u>

**Open Case:** No
**Watch List Status:**
Closed (<u>ALERT</u>)

**Store Type:** Convenience Store

**Physical Store File**
**Location:** NONE

**Corporation Name - Number:** NONE - NONE

**Centralization Plan Number:** NONE

| Store Information | Ownership | Eligibility | Signature/Documents |

## USDA - SNAP APPLICATION FOR STORES

**Submitted via Online Store Application:** No

**Submitted via Corporation Supplemental Application:** No

**Date Application Received:** 01/22/2007

**1  Store Opened for Business:** 12/16/2006

**2  Store Name:** Dairy Market

**3  Chain Store Number:** NONE

**3a Supporting Organization:** NONE

**4  Store Location Address:**
160 Lyman St
Holyoke, Massachusetts 01040-4507
County: HAMPDEN
United States of America

**Validation Result:** Validated
**Date Validated:** 01/23/2012
**Validated By:** David Dombroski (Retailer Operations
Division)

**Date screened:** 01/23/2012
**Screened by:** David Dombroski (Retailer Operations
Division)

**5  Store Mailing Address:**
160 Lyman St
Holyoke, Massachusetts 01040-4507
County: HAMPDEN
United States of America

**Validation Result:** Validated
**Date Validated:** 01/23/2012
**Validated By:** David Dombroski (Retailer
Operations Division)

**6  Store Phone Number:** (413) 532-9275

**7  Alternate Store Phone Number:** NONE

**8  Store/Owner E-mail Address:** NONE

**Previous Comments**

**11/30/2006   Entered by:** database_maintenance
Assigned and Geographic Field Office changed from Massachusetts/Rhode Island to New Hampshire/Vermont as per
CER 2137 on 11/30/2006

© FNS 2015 STARS. STARS is meant for the FNS community and other authorized users. Access by others will be prosecuted to the fullest extent of
the law.
[Page ID: S_560]

**FNS Number:**
**0088530**

| | |
|---|---|
| **Dairy Market** | **Status:** ▉ Permanently Disqualified - SNAP Program Violation - 06/12/2014 |
| **Chain Store** | **Risk Level:** <u>High</u> |
| **Number:** NONE | |

**Open Case:** No
**Watch List Status:** **Store Type:** Convenience Store
Closed (<u>ALERT</u>)

**Physical Store File** **Corporation Name - Number:** NONE - NONE
**Location:** NONE

**Centralization Plan Number:** NONE

---

| Store Information | Ownership | Eligibility | Signature/Documents |
|---|---|---|---|

## USDA - SNAP APPLICATION FOR STORES

---

**10**   **Type of Ownership:** Sole Proprietorship

---

**11**   **Corporation Information**

NONE

---

**12a**   **Person Information**
Only owners, officers and corporate contacts are displayed below. All roles are displayed on the
Persons page.

**Name:** <u>Irfan Kashif</u>
**SSN:** ▉▉▉▉▉▉▉▉
**SSN Verification Code:** Never verified with SSA

**Date of Birth:** ▉▉▉▉▉▉▉

**E-mail Address:** NONE

**Role:** Owner                                   **Date screened:** 01/26/2007
**Title:** NONE                                   **Screened by:** Maria Bola-Ferriero (Retailer
                                                  Operations Division)

**Date of Association:** 12/16/2006

**Address:**
24 Michael Dr
South Hadley, Massachusetts 01075-3024
United States of America

**Validation Result:** Validated
**Date Validated:** 10/10/2014
**Validated By:** Srinon Ronnakorn (SNAP Retailer Service

A.R. 3

Center)

---

**13a**  Has any officer, owner, partner, member and/or manager ever been denied, withdrawn or suspended, or been fined for license violations (i.e. Supplemental Nutrition Assistance Program (SNAP), WIC, business, alcohol, tobacco, lottery, or health license)? No

**13b**  If Yes, provide an explanation: NONE

**13c**  Is any officer, owner, partner, member and/or manager currently or ever been suspended or debarred from conducting business with or participating in any program administered by the Federal Government? NONE

**13d**  If Yes, provide an explanation: NONE

**13e**  Is any officer, owner, partner, and/or member currently receiving SNAP benefits? NONE

**13h**  Has any officer, owner, partner and/or member ever been disqualified from receiving SNAP benefits as a recipient for an intentional program violation (IPV) or fraud? NONE

**13i**  If Yes, provide an explanation: NONE

**13j**  Does any officer, owner, partner, and/or member currently own any other SNAP authorized stores? NONE

**13k**  If Yes, how many currently authorized stores do you own? NONE

---

**14**  Was any officer, owner, partner, member, and/or manager convicted of any crime after June 1, 1999? No

**14a**  If Yes, provide an explanation: NONE

---

Violations or Criminal Convictions on File?  NONE

---

**Previous Comments**

**11/30/2006  Entered by:** database_maintenance
Assigned and Geographic Field Office changed from Massachusetts/Rhode Island to New Hampshire/Vermont as per CER 2137 on 11/30/2006

---

© FNS 2015 STARS. STARS is meant for the FNS community and other authorized users. Access by others will be prosecuted to the fullest extent of the law.
[Page ID: S_560]

A.R. 4

**FNS Number:**
0088530

| | |
|---|---|
| **Dairy Market** | **Status:** ▓▓ Permanently Disqualified - SNAP Program Violation - 06/12/2014 |
| **Chain Store** | **Risk Level:** <u>High</u> |
| **Number:** NONE | |

**Open Case:** No
**Watch List Status:** **Store Type:** Convenience Store
Closed (<u>ALERT</u>)

**Physical Store File** **Corporation Name - Number:** NONE - NONE
**Location:** NONE

**Centralization Plan Number:** NONE

---

| Store Information | Ownership | Eligibility | Signature/Documents |
|---|---|---|---|

## USDA - SNAP APPLICATION FOR STORES

---

**15** Do you sell products wholesale to other businesses such as hospitals or restaurants? No

**15a** Does your retail food sales meet or exceed $250,000 or 50% of your total sales? NONE

---

**16** Does the sale of hot and/or cold freshly prepared foods that are ready-to-eat exceed 50% of your total sales? No

---

**17a** Actual Retail Sales: NONE in Tax Year: NONE

**17b** Estimated Retail Sales: $530,000.00 per: Year

Calculated Estimated Annual Sales: $530,000.00

**17c** EIN: ▓▓▓▓▓▓▓▓

---

**18** Do you stock at least three different items in each of these food categories?
☑ Bread/Grains
☑ Dairy
☑ Fruits/Vegetables
☑ Meat/Poultry/Fish

**18a** Percent of Retail Sales from "Staple Foods": 35 %

**18b** Do you stock fresh, frozen or refrigerated foods in at least two of these food categories? Yes

---

**19** Do you sell "other" foods, such as snack foods, soft drinks, or condiments? Yes

**19a** Percent of Retail Sales from "Additional Food Types": 15 %

---

20    Do you sell non-food items or food that is hot at the time the customer pays for it? NONE

20a  ☐ Tobacco Products
     ☐ Alcohol
     ☐ Lottery
     ☐ Gasoline
     ☐ Hot Food
     ☐ Other

20b  Percent of Retail Sales from "Hot Foods and Non-Foods": 50 %

---

Store Criteria: A

Store Type: Convenience Store

---

21    Number of Registers: 1

---

22    Open Year Round? Yes

---

23    Store Open 7 days, 24 hours? No

23a  Operating Hours:

|            | Open Time | Close Time |
|------------|-----------|------------|
| Monday:    | NONE      |            |
| Tuesday:   | NONE      |            |
| Wednesday: | NONE      |            |
| Thursday:  | NONE      |            |
| Friday:    | NONE      |            |
| Saturday:  | NONE      |            |
| Sunday:    | NONE      |            |

Previous Store Operating Hours:

Operating Days and Hours: Mon-Sun:5:30am-11pm    Days Closed: NONE

---

24    If you have additional information or comments you would like to provide to FNS (such as any special circumstances that FNS should know), please provide the information here: NONE

---

Previous Comments

**11/30/2006   Entered by:** database_maintenance
Assigned and Geographic Field Office changed from Massachusetts/Rhode Island to New Hampshire/Vermont as per CER 2137 on 11/30/2006

---

STARS | USDA.gov | FNS Home | SFUG |
FOIA | Accessibility Statement | Privacy Policy | Non-Discrimination Statement | Information Quality |

A.R. 6

https://stars.fns.usda.gov/stars/252Information.do

1/20/2015

© FNS 2015 STARS. STARS is meant for the FNS community and other authorized users. Access by others will be prosecuted to the fullest extent of the law.
[Page ID: S_560]

**FNS Number:**
**0088530**

| | |
|---|---|
| **Dairy Market**<br>**Chain Store**<br>**Number:** NONE | **Status:** 📷 Permanently Disqualified - SNAP Program Violation - 06/12/2014<br>**Risk Level:** <u>High</u> |
| **Open Case:** No<br>**Watch List Status:**<br>Closed (<u>ALERT</u>) | **Store Type:** Convenience Store |
| **Physical Store File**<br>**Location:** NONE | **Corporation Name - Number:** NONE - NONE |
| | **Centralization Plan Number:** NONE |

| Store Information | Ownership | Eligibility | Signature/Documents |
|---|---|---|---|

## USDA - SNAP APPLICATION FOR STORES

**1 Application Signed By Information**

| **First Name:** Irfan | **Middle Name:** NONE | **Last Name:** Kashif |
|---|---|---|
| **Title:** Owner | **Date Application Signed:**<br>12/29/2006 | |

**2 Receipt of Mandatory Supporting Documents**

| **Business License:** NONE | **Received Date:** NONE |
|---|---|
| **SSN Card for Irfan Kashif:** NONE | **Received Date:** NONE |
| **Photo ID for Irfan Kashif:** NONE | **Received Date:** NONE |

**3 Receipt of Other Supporting Documents, if required**

| **Bond:** NONE | **Received Date:** NONE |
|---|---|
| **Proof of Bona Fide Transfer of Ownership:** NONE | **Received Date:** NONE |
| **Proof of Inventory:** NONE | **Received Date:** NONE |

**4** ☐ **Exempt Store From Call Order Queue**

**Previous Comments**

**11/30/2006** Entered by: database_maintenance

A.R. 8

Assigned and Geographic Field Office changed from Massachusetts/Rhode Island to New Hampshire/Vermont as per CER 2137 on 11/30/2006

STARS | USDA.gov | FNS Home | SFUG |
FOIA | Accessibility Statement | Privacy Policy | Non-Discrimination Statement | Information Quality |

© FNS 2015 STARS. STARS is meant for the FNS community and other authorized users. Access by others will be prosecuted to the fullest extent of the law.
[Page ID: S_560]

A.R. 9

**NOTE:** MARK APPROPRIATE BOXES WITH AN "X" CENTERED IN THE BOX.

**FNS Number→**  0088530

### GENERAL STORE INFORMATION (As Provided by Field Office)

**Store Name:**  Dairy Market

**Store Address:** 160 Lyman St

**Telephone No:** 4135329275

**County:** HAMPDEN

**City/State/Zip:**  Holyoke, MA 01040

**Days/Hours of Operation:**  Mon-Sun:5:30am-11pm

**Owner's Name Provided by Store Personnel:** Irfan Kashif

**Store Name Posted:** Dairy Market

***Days & Hours of Operation***

Record Days & Hours of Operation in space provided here, indicating "am" and/or "pm". If a store is open different hours on certain days, please list those days separately. For example, Monday – Saturday, 7am-11pm; Sunday, 10am-6pm. Write *"Same"* if hours are same as provided. Mon-Sun:5:30am-11pm

### GENERAL STORE CHARACTERISTICS  (Mark all that apply)

Description of **Area:**  ☐Urban  ☒Suburban  ☐Rural  ☐Other

Description of **Location:**  ☐Residential  ☒Commercial  ☐Industrial  ☐Other

**Placement** of Store:  ☒ Freestanding  ☐ Shopping Mall  ☐ Farmers' Market Booth/Stall  ☐ Other

☐ YES  ☒ NO  Are optical scanners used at checkout?
☐ YES  ☒ NO  Are shopping baskets available for customers?
☐ YES  ☒ NO  Are there more than 10 shopping baskets for customers to use?
☐ YES  ☒ NO  Are shopping carts available for customers?
☐ YES  ☒ NO  Are there more than 10 shopping carts for customers to use?

*If yes, take photos of carts and baskets in the store.*

1 Number of Cash Registers/Check-out Stations? (*If no registers present,* answer the next question)

☐ *YES*  ☒ *NO*   Adding Machines/Calculators?  ☐ Other

1 Number of Point-of-Sale Devices for EBT Benefits Inside Store

☐ *YES*  ☒ *NO*  Is there evidence of wholesale business such as posted prices or separate entrances for wholesale customers?

### FOOD SERVICE INFORMATION (Mark All That Apply)

☐ YES  ☒ NO  Hot Food Sold?  (Take photo of hot food and menu or get copy of the menu, if available.)

☐ YES  ☒ NO  Food Sold For On-Site Consumption (Hot OR Cold)?  (*If yes,* mark next line, and take photo)

*If Yes...*  ☐ Chairs/Tables  ☐ Counter/Booth Seating  ☐ Standup Tables  ☐ Other

☒ YES  ☐ NO  Is There a Deli OR Prepared Food Section?  (If yes, mark all that apply:)

*If Yes...* ☐Prices Posted for Meats  ☐Prepared Salads  ☒Prepared/Made-to-Order  ☐Other Refrigerated Foods(e.g. Casseroles, Cheese sold by Weight  Sandwiches  Chilled Cooked Chicken, etc...)

☐ YES  ☒ NO  Meat/Seafood Specials or Bundles, or Fruit/Vegetable Boxes Sold?  (*If Yes...*Get Copy of

A.R. 10

What is the estimated square footage of the store?  1500

Is food stored in a storage area out of the public view?  ☐ YES  ☒ NO
If yes, include the storage area in the sketch and ask for the estimated square footage of that space and note it here.
_____

☐ YES  ☒ NO  Does the store operate through a night window or plastic barrier, with food stock behind the barrier?

## *STORE TYPE?*

Is this store delivery route, farmers' market or specialty food store primarily selling one food type such as meat, poultry, seafood, bread, fruits, or vegetables?  ☐ Yes  ☒ No

If **Yes**, circle type or, if another type, write in best description here: _____

### *NON-FOOD STOCK AND SERVICES* (Mark any that are present)

☒ Tobacco Products   ☐ Alcohol        ☒ Lottery tickets
☐ Gasoline          ☒ Other (Briefly describe the items that are carried in significant amounts.)
                    Auto,Pet,Cleaning,Paper

*Take Photos of Items Carried in Significant Amounts (Reminder, a photo of alcohol and gas pumps is always required.)*

### *STORE CONDITIONS* (Mark all that apply)

*(Explain Scope of Problem in Comments Section.)*
☐ Empty Coolers   ☐ Empty Shelves      ☐ Poor Lighting      ☐ Ice Crystals on Frozen Food
☐ Dusty Cans/Packages                  ☐ Expired/Outdated Food
☐ Broken Coolers  ☐ Faded/Missing Labels   ☐ Other

**COMMENTS:**

Reviewer (**Print** Name):  Judy Haight
☒I certify to the best of my knowledge the information provided herein is true.

**Site Visit, or 1st attempt:**  Date  8/16/2013 12:50:00 PM

*(If applicable)* **Re-Visit, or 2nd attempt:**  Date

A.R. 11

**Store Name:** Dairy Market          **FNS Number:** 0088530

| Dairy Products | 1-5 Units | 6-20 Units | > 20 Units | F/F/R |
|---|---|---|---|---|
| Butter/Margarine | | X | | X |
| Cheese (hard/soft)/Cottage | | X | | X |
| Ice Cream/Ice Milk | | | X | X |
| Milk/Cream | | | X | X |
| Sour Cream/ Yogurt/Dips | | X | | X |
| Infant Formula (Animal-milk based) | | | | |

| F / V | 1-5 Units | 6-20 Units | > 20 Units | F/F/R |
|---|---|---|---|---|
| 100% Juice (Fruit or Vegetable) | | | X | X |
| **FRUITS** | | | | |
| Apples | | | | |
| Pears | 5 | | | |
| Apricots/Peaches/Nectarines Mangoes/Plums/Prunes/Mixed Fruit | | | X | |
| Bananas/Plantains/Pineapples Papaya/Guava/Dates/Figs Coconut/Coconut Milk | 4 | | | |
| Berries (Blue/Black/Rasp/Cran/Straw, etc.) Cherries/Grapes/Kiwi | 3 | | | |
| Melons (Watermelon, Honey Dew, Cantaloupe, etc.) | | | | |
| Citrus (Oranges, Tangerines, Limes, Grapefruit, Lemons, etc.) | 5 | | | |
| **VEGETABLES** | | | | |
| Asparagus/Artichokes/Broccoli Cauliflower/Brussels Sprouts Cabbage/Sauerkraut | 4 | | | |
| Beans/Bean Sprouts/Tofu/Peas/ Nuts/Nut Butters/Lentils/ Soy Products | | | X | |
| Carrots/Parsnips/Turnips/ Beets/ Radishes/Mixed Vegetables | | | X | |
| Celery/Onion/Leeks/Mushrooms | 2 | | | |
| Corn | | X | | |
| Greens/Lettuce (Boston, Collards, Iceberg, Kale, Green/Red Leaf, Mustard, Romaine, Spinach, Swiss Chard, etc.) | 3 | | | |
| Peppers/Bell Peppers/Avocados | | | | |
| Potatoes (White/Sweet/Yams) | | | X | |
| Squash (Acorn, Butternut, Eggplant, Spaghetti, Yellow, Zucchini, etc.)/ Okra/Cucumbers/Pumpkins | 1 | | | |
| Tomatoes/Tomato Sauce | | | X | |
| Soup/Stew (all types) | | | X | |
| Infant F&V/Juices /Soy-based Formula | | | | |

| Breads and Cereals | 1-5 Units | 6-20 Units | > 20 Units | F/F/R |
|---|---|---|---|---|
| Loaf Bread (sliced, unsliced)/Rolls/ Buns/Bagels/English Muffins/ Biscuits/Pizza/Pot Pies/Tortillas/ Pitas | | | X | X |
| Cakes/Muffins/Pastry/Pie Crusts/ Pancakes/Waffles | | | X | X |
| Breakfast Cereals (hot, cold) | | | X | |
| Pasta | | | X | |
| Rice/Barley/Millet/Rye | | X | | |
| Corn Meal/Grits | | | | |
| Flour/Cracked Wheat/Baking Mixes | | | X | |
| Snacks: Cookies/Crackers/Chips/ Pretzels/Popcorn/Stuffing Mix/ Croutons/Bread Crumbs/ Granola Bars/Rice Cakes | | | X | |
| Infant Cereal | | | | |

| Meats, Poultry, Fish | 1-5 Units | 6-20 Units | > 20 Units | F/F/R |
|---|---|---|---|---|
| Beef/Veal | | | | |
| Lamb/Mutton/Goat | | | | |
| Pork (Ham, Bacon, Sausage, etc.) | 2 | | | X |
| Chicken/Turkey/Duck/Goose Game Birds | | X | | X |
| Deli/Lunch Meat/Hot Dogs | | X | | X |
| Canned/Potted Meat (beef/pork/poultry) | | | X | |
| Eggs | | X | | X |
| Fish, Finned (Catfish, Cod, Flounder, Haddock, Halibut, Herring, Mackerel, Perch, Salmon, Sardines, Scrod, Snapper, Sole, Swordfish, Trout, Tuna, Turbot, Whiting, etc.) | | | X | X |
| Fish, Shell/Misc. (Clams, Crabs, Mussels, Oysters, Scallops, Shrimp, Squid, etc.) | | | | |
| Infant Meats | | | | |

**Reviewer (Print Name):** Judy Haight

☒ I certify to the best of my knowledge the information provided herein is true.

**Site Visit or 1st attempt:** 8/16/2013 12:50:00 PM

*(If applicable)* Re-Visit or 2nd attempt: Date:

A.R. 12

FNS# 0088530

**Store Name:** Dairy Market

**Supplemental Nutrition Assistance Program (SNAP)**
**Store Visit Contract**
**Photographer's Certification Statement**

I have reviewed the digital images and they are the ones I took or are the

ones I used for the store visit of **Dairy Market.**

I completed my review of this store at **12:50 PM on 8/16/2013**

The digital images accurately portray the situation at the named store on the given

date and time.

*Judy Haight*
Signature of On-Site Reviewer

## ISN CORPORATION
Name of Prime Contractor

This document has been electronically signed by the named On-Site Reviewer; Judy Haight

A.R. 13

# STORE REVIEW CONSENT FORM

FNS # _0088530_     Store Name _DAIRY MARKET_

I, ___ _ASIE_ _mikbzel_, give my consent for FNS or its Contractor to
     (Print name)
review this store - to take photographs, to sketch the store layout, and to collect other
information in connection with this store's participation in the Supplemental Nutrition
Assistance Program (SNAP).

_____     _08-12 2013_     _Cashier_
**Signature**                         **Date**              **Title**

# STORE REVIEW REFUSAL FORM

> **Note: If you do not allow a store review to be conducted, your application may be
> denied or your permit may be withdrawn.**

I, _____, refuse to give my consent for a store review and
    (Print name)
understand that my refusal means that this store will not be eligible to participate in the
Supplemental Nutrition Assistance Program (SNAP) without a complete review.

_____

**Signature**                         **Date**              **Title**

A.R. 14

**USDA SNAP Store Visit Sketch**     FNS # 0 0 8 8 5 3 0

**Store Name** DAIRY MARKET          **Date** 8-16-13

| SOUR CREAM | SODA | TEA | ENERGY | | ICE | SODA | DELI MEAT |
|---|---|---|---|---|---|---|---|
| MILK | | | | | | | BUTTER |
| EGGS | | | | | | | HOTDOGS |
| | | | | | | | BACON |
| | | | | | | | CHEESE |
| | | | | | | | DIP |

SNACKS   DIPS

SNACKS

SNACKS  |  AUTO  |  PAPER  |  BAKING  |  FRIED CREAL

BREAD  |  PET  |  CLEANING  |  FRUIT

VEG  |  KONALD
RICE  |  SAUCE SOUP  |  FISH/MEAT
|  BEANS  |  PASTA

CANDY

SNACKS

PASTRY

BREAD

LOTTERY TOBACCO

CHICKEN  |  PASTA  |  ICE CREAM
PIRE  |  PIRE
PARED  |  PARED
SANDWICH  |  SANDWICH
|  FISH

A.R. 15











A.R. 20































# RIB CASE WORKSHEET

| Store Name | Dairy Market | | | | | Date: | | May 20, 2014 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Authorization Number | 0088530 | TR# | 34569 | Investigation Date(s): | | | 11/26/2013 | | to | 2/10/2014 | |

| | Total Number | | | | Was | | Clerk | | Any | | |
| | Ineligible Items: | All Items: | Percent Ineligible | Meets 30% Rule? | Owner or Manager Involved? | Clerk in Exhibit | Comments or Action? | Majors? | Traf-ficking? | Refusal? | Charge-able? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Exhibit A** | 0 | 0 | | | Unknown | Clerk 1 | No | No | No | Complete | **No** |
| **Exhibit B** | 0 | 2 | 0% | NO | Unknown | Clerk 1 | No | No | No | No | **No** |
| **Exhibit C** | 0 | 3 | 0% | NO | Unknown | Clerk 2 | No | No | No | No | **No** |
| **Exhibit D** | 0 | 3 | 0% | NO | Unknown | Clerk 2 | No | No | No | No | **No** |
| **Exhibit E** | 0 | 0 | | | Unknown | Clerk 2 | No | No | Yes | No | **YES!** |
| **Exhibit F** | 0 | 3 | 0% | NO | Unknown | Clerk 2 | No | No | No | No | **No** |
| **Exhibit G** | 0 | 0 | | | Unknown | Clerk 2 | No | No | No | No | **No** |
| **Exhibit H** | 0 | 0 | | | Unknown | Clerk 2 | No | No | Yes | No | **YES!** |
| **Exhibit I** | 0 | 0 | | | Unknown | Clerk 2 | No | No | Yes | No | **YES!** |
| **Exhibit J** | 0 | 1 | 0% | NO | Unknown | Clerk 2 | No | No | No | No | **No** |
| **Exhibit K** | 0 | 0 | | | Unknown | Clerk 2 | No | No | No | No | **No** |
| **Exhibit L** | 0 | 1 | 0% | NO | Unknown | Clerk 2 | No | No | Yes | No | **YES!** |

| | |
|---|---|
| Trafficking Involved? | Yes |
| Was Owner/Management Involved? | No |
| Total Number of Clerks: | 2 |
| Number of Different Clerks in Exhibits that Have Violations: | 1 |
| Number of Exhibits that Met the 30% Rule: | 0 |
| Number of Complete Refusals: | 1 |
| Number of Partial Refusals: | 0 |
| Any Majors? | No |
| Number of Chargeable Transactions: | 0 |

## Action Needed

# TRAFFICKING CHARGE LETTER REQUIRED

| Signature: | *Arif Ahmed* | Date: | May 20, 2014 |
|---|---|---|---|

A.R. 36



**United States Department of Agriculture**
Food and Nutrition Service
Supplemental Nutrition Assistance Program

May 20, 2014

Irfan Kashif
Dairy Market
160 Lyman St
Holyoke, MA 01040

Dear Sir or Madam:

United States Department of Agriculture (USDA) investigators have investigated your firm. A copy of the report is enclosed. The name(s) of the person(s) who conducted the investigation have been removed. This report contains evidence that violations of the Supplemental Nutrition Assistance Program (SNAP) regulations have occurred in your firm.

Your firm is charged with trafficking, as defined in Section 271.2 of the SNAP regulations. As provided by Section 278.6(e)(1) of the SNAP regulations, the sanction for the trafficking violation(s) noted in Exhibit(s) E,H,I,L, is permanent disqualification.

The SNAP regulations also provide that, under certain conditions, FNS may impose a civil money penalty (CMP) of up to $59,000.00 in lieu of permanent disqualification of a firm for trafficking. The SNAP regulations, Section 278.6(i), list the criteria that you must meet in order to be considered for a CMP. If you request a CMP, you must meet each of the four criteria listed and provide the documentation as specified within 10 calendar days of your receipt of this letter. Your request and all documentation must be postmarked by midnight of the 10th calendar day after you receive this letter, in order to be considered timely. If the 10th calendar day falls on a Saturday, Sunday or legal (Federal) holiday, a request with documentation will be timely if it is postmarked the next day which is not a Saturday, Sunday or legal (Federal) holiday. No extension of time can be granted for making a request for a CMP or for providing the required documentation. If your request and the required documentation are not submitted on time, you will lose your right for any further consideration for a CMP. If it is determined that you qualify for a CMP, the amount of that penalty will be $40,140.00. Payment in full is due within 30 calendar days after you receive our determination letter. The amount of the CMP was calculated in accordance with SNAP regulations at Section 278.6(j).

If you do not request consideration for a CMP or are determined to be ineligible for a CMP, the permanent disqualification of your firm shall be effective on the date of receipt of the letter informing you of our final decision (SNAP regulations Section 278.6(c)). If the permanent disqualification of your firm is later reversed through administrative or judicial review, USDA shall not be liable for the value of any sales lost during the period of disqualification you served.

If you are an authorized vendor under the Special Supplemental Nutrition Program for Women, Infants, and Children (WIC), you may be disqualified from the WIC Program as a result of your disqualification from SNAP. In accordance with current law governing both the SNAP and the WIC Program, such a WIC Program disqualification is not subject to administrative or judicial review under the WIC Program. A CMP from the Supplemental Nutrition Assistance Program may also result in a

AN EQUAL OPPORTUNITY EMPLOYER

WIC Program disqualification, but such a disqualification would be subject to administrative and/or judicial review.

In the event that you sell or transfer ownership of your store subsequent to your disqualification, you will be subject to and liable for a CMP as provided by SNAP regulations Sections 278.6(f)(2),(3) and (4). The amount of this sale or transfer CMP will be calculated based on SNAP regulations Section 278.6(g).

We may disclose information to the public when a retailer has been disqualified or otherwise sanctioned for violations after the time for any appeals has expired. This information is limited to the name and address of the store, the owner(s)/officer(s) names and information about the sanction itself.

SNAP regulations Section 278.6(b) explain your right to reply to the charges, and Sections 278.6(c) through (m) describe the procedures we will follow in making a decision in this case. If you wish to present any information, explanation, or evidence you have regarding these charges, you must reply within 10 calendar days of the date you receive this letter.

You may reply either by phone or in writing. You may have legal counsel assist you in presenting your reply. To respond by phone, please make an appointment for this purpose by telephoning Arif Ahmed at (212) 620-3692. If you schedule but fail to keep an appointment, we will consider that action as a non-response to this letter.

Submit any written response to:

Attn: Arif Ahmed
USDA, Food and Nutrition Service
201 Varick St
Rm 609
New York, NY 10014-7066
Phone: (212) 620-3692     Fax: (212) 620-6948

We will fully consider your reply and any documentation you provide before we make a final decision in this matter. However, if we do not hear from you within 10 calendar days of receipt of this letter, we will make a decision based on the information available to us, and advise you of that decision in writing.

Any documentation submitted becomes the property of FNS and will not be returned.

Current SNAP regulations are available online, at
http://www.fns.usda.gov/snap/retailers/store-training.htm.

Sincerely,

Gilda Torres
Section Chief, Retailer Operations Division
USDA, Food and Nutrition Service
Supplemental Nutrition Assistance Program

Enclosure

A.R. 39

# USDA - FNS
## REPORT OF POSITIVE INVESTIGATION

| STORE NAME AND ADDRESS | RETAILER INVESTIGATIONS BRANCH CASE IDENTIFICATION NUMBER | DATE |
|---|---|---|
| Dairy Market | TR34569 | 4/14/2014 |
| 160 Lyman St | **AREA OFFICE** | |
| Holyoke, MA 01040 | Trenton/New York | |

__1__ Investigator(s) made __12__ visits to the subject store during the period __11/26/2013__ through __2/10/2014__ . On __4__ visits, violations of the Supplemental Nutrition Assistance Program (SNAP) regulations occurred. Details of each transaction are attached as Exhibit(s) __A__ through __L__ . A post-investigation interview with store personnel to obtain identification, if conducted, is documented in Exhibit __N/A__ .

Number of Surveillance Visit(s) __0__     Number of Client Interview(s) __0__

## REMARKS

TRAFFICKING: WHERE CLERK MET INVESTIGATOR AT ANOTHER RETAIL ESTABLISHMENT AND PURCHASED FOOD ITEMS FOR $ 106.13 EBT/SNAP BENEFITS IN EXCHANGE FOR $ 50.00 CASH [EXHIBIT E].

TRAFFICKING: WHERE CLERK TOOK POSSESSION OF INVESTIGATIVE EBT CARDS ON THREE (3) SEPERATE OCCASIONS AND REDEEMED A TOTAL OF $ 741.35 EBT/SNAP BENEFITS FOR $ 375.00 CASH [EXHIBITS H/I/L]. $ 728.60 OF EBT/SNAP BENEFITS WERE REDEEMED AT OTHER RETAIL ESTABLISHMENTS.

SIGNATURE OF INVESTIGATOR

*Redacted

*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).

**FORM FNS-415 - (7-98) PREVIOUS EDITIONS OBSOLETE.**

A.R. 40

| US DEPARTMENT OF AGRICULTURE - FOOD AND NUTRITION SERVICE | EXHIBIT | A |
|---|---|---|
| **TRANSACTION REPORT** | PAGE | 1 |

| A. CASE IDENTIFICATION DATA | 3. STORE NAME AND ADDRESS | | |
|---|---|---|---|
| 1. RETAILER INVESTIGATIONS BRANCH CASE IDENTIFICATION NUMBER  TR34569 | Dairy Market  160 Lyman St | | |
| 2. DATE          11/26/2013 | Holyoke | MA | 01040 |

## B. INVESTIGATOR'S STATEMENT

1.  I, *Redacted _____ , Investigator, Food and Nutrition Service, United States Department of Agriculture, make the following statement freely and voluntarily, knowing that this statement may be used in evidence.

2.  On the above date, at about (time) *Redacted , I entered subject store. I selected the items specified in Section C below. This store has 1 primary grocery check-out registers. 1 (was/were) in operation at the time of purchase. At the check-out counter there ( was/were) 0 person(s) in line ahead of me and 0 person(s) in line behind me. The clerk sold to me the items listed in Section C 2 and 3, below at a total cost of $0.00 . As the clerk rang up the transaction, the EBT card was where it could have been viewed by the clerk. I gave the clerk the EBT card and Supplemental Nutrition Assistance Program (SNAP) benefits were deducted from it by the clerk as described in Section E below. I departed the store at about *Redacted .

OTHER COMMENTS

A.R. 41

| C. SUMMARY OF PURCHASE | | CASE NUMBER | EXHIBIT | A |
|---|---|---|---|---|
| 1. PURCHASE PRICE CHARGED BY CLERK | 0.00 | TR34569 | PAGE | 2 |

2. INELIGIBLE ITEMS

| QUANTITY AND DESCRIPTION | PRICE * |
|---|---|
| | |

3. ELIGIBLE ITEMS

| QUANTITY AND DESCRIPTION | PRICE * |
|---|---|
| | |

4. ITEMS PURCHASED WITH CASH CHANGE

| QUANTITY AND DESCRIPTION | PRICE * |
|---|---|
| | |

5. REFUSALS

| QUANTITY AND DESCRIPTION | PRICE * |
|---|---|
| 1 - ROLL SCOTT TOILET TISSUE | |

*NPI=No Price Indicated or Price Illegible
*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).

**FORM FNS-413 (PAGE 2 OF 3) - (7-98) PREVIOUS EDTIONS OBSOLETE.**

A.R. 42

| D. APPEARANCE OF CLERK | | | | | CASE NUMBER | EXHIBIT |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | TR34569 | A |

| 1. SEX | 2. AGE | 3. HEIGHT RANGE | 4.WEIGHT | 5.HAIR COLOR | Result | N | PAGE 3 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Male | 50 - 55 | 5'8" - 5'11" | 240 - 250 | Black | | | |

| 6. OTHER IDENTIFYING INFORMATION: | 7. IDENTIFIED DURING TRANSACTION AS: (Name) |
| --- | --- |
| GRAYING HAIR | UKNOWN |
| | (Title, Relationship to owner): |
| | N/A |
| | 8. MEANS OF IDENTIFICATION: |
| | N/A |

**9. DETAILS OF TRANSACTION AT THE CASH REGISTER**

PLACED ITEMS ON COUNTER. CLERK RANG UP, BAGGED; AND TOOK EBT CARD. CLERK REMOVED NON-FOOD ITEM, SAYING "NOT THIS." I ASKED FOR FOOD ITEMS. CLERK SWIPED CARD AND SAID "EBT NOT WORKING." I TOOK CARD, SAID THANKS; AND LEFT WITHOUT FURTHER CONVERSATION.

**E. RECORD OF BENEFITS ISSUED AND USED IN THE TRANSACTION**

**1.EBT Benefits Issued, Used and Returned**

| EBT Card Number | A. Issued Value | B. Used Value | C. Returned Value |
| --- | --- | --- | --- |
| *Redacted | $187.39 | $0.00 | $187.39 |

EBT Receipt Included?    No                    Cash Register Tape Included?  No

**2. ADDITIONAL COMMENTS**

PURCHASE PRICE ENTERED AS $ 0.00 AS NO ITEMS WERE PURCHASED.

FOOD ITEMS ATTEMPTED: ONE (1) 20 OZ BTL COCA COLA, ONE (1) 1.69 OZ PKG M & M'S CANDY.

| F. CERTIFICATION | Trafficking Cash Received: |
| --- | --- |
| This declaration consists of **3** pages. I have signed or initialed each page. The facts stated in this declaration are true to my knowledge. If I am called to testify as a witness in my proceeding, I am competent to testify to the matters stated herein.<br><br>Further declarant sayeth not.<br>I declare under penalty of perjury the foregoing is true and correct. | 1. DATE OF REPORT<br><br>4. INVESTIGATOR'S SIGNATURE<br><br>*Redacted |

*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).

**FORM FNS-413 (PAGE 3 OF 3) - (7-98) PREVIOUS EDITION OBSOLETE.**

A.R. 43

| US DEPARTMENT OF AGRICULTURE - FOOD AND NUTRITION SERVICE | EXHIBIT | B |
|---|---|---|
| **TRANSACTION REPORT** | PAGE | 1 |

| A. CASE IDENTIFICATION DATA | 3. STORE NAME AND ADDRESS | | |
|---|---|---|---|
| 1. RETAILER INVESTIGATIONS BRANCH CASE IDENTIFICATION NUMBER **TR34569** | Dairy Market | | |
| | 160 Lyman St | | |
| 2. DATE                1/7/2014 | Holyoke | MA | 01040 |

## B. INVESTIGATOR'S STATEMENT

1. I, **\*Redacted**                                                                                , Investigator, Food and Nutrition Service, United States Department of Agriculture, make the following statement freely and voluntarily, knowing that this statement may be used in evidence.

2. On the above date, at about (time) __\*Redacted__, I entered subject store. I selected the items specified in Section C below. This store has __1__ primary grocery check-out registers. __1__ (was/were) in operation at the time of purchase. At the check-out counter there ( was/were) __1__ person(s) in line ahead of me and __0__ person(s) in line behind me. The clerk sold to me the items listed in Section C 2 and 3, below at a total cost of __$4.00__ . As the clerk rang up the transaction, the EBT card was where it could have been viewed by the clerk. I gave the clerk the EBT card and Supplemental Nutrition Assistance Program (SNAP) benefits were deducted from it by the clerk as described in Section E below. I departed the store at about __\*Redacted__ .

**OTHER COMMENTS**

\*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).
**FORM FNS-413 (PAGE 1 OF 3) - (7-98) PREVIOUS EDTIONS OBSOLETE.**

A.R. 44

| C. SUMMARY OF PURCHASE | | CASE NUMBER | EXHIBIT | B |
|---|---|---|---|---|
| 1. PURCHASE PRICE CHARGED BY CLERK | 4.00 | TR34569 | PAGE | 2 |

2. INELIGIBLE ITEMS

| QUANTITY AND DESCRIPTION | PRICE * |
|---|---|
| | |

3. ELIGIBLE ITEMS

| QUANTITY AND DESCRIPTION | PRICE * |
|---|---|
| 2 - 15.2 OZ BTL MINUTE MAID APPLE JUICE | NPI |

4. ITEMS PURCHASED WITH CASH CHANGE

| QUANTITY AND DESCRIPTION | PRICE * |
|---|---|
| | |

5. REFUSALS

| QUANTITY AND DESCRIPTION | PRICE * |
|---|---|
| | |

*NPI=No Price Indicated or Price Illegible
*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).

**FORM FNS-413 (PAGE 2 OF 3) - (7-98) PREVIOUS EDTIONS OBSOLETE.**

A.R. 45

| D. APPEARANCE OF CLERK | | | | | CASE NUMBER | | EXHIBIT |
|---|---|---|---|---|---|---|---|
| 1. SEX | 2. AGE | 3. HEIGHT RANGE | 4.WEIGHT | 5.HAIR COLOR | TR34569 | | B |
| Male | 50 - 55 | 5'8" - 5'11" | 240 - 250 | Black | Result | F | PAGE 3 |

| 6. OTHER IDENTIFYING INFORMATION: | 7. IDENTIFIED DURING TRANSACTION AS: (Name) |
|---|---|
| Clerk same as Exhibit A | UKNOWN |
| | (Title, Relationship to owner): |
| | N/A |
| | 8. MEANS OF IDENTIFICATION: |
| | N/A |

**9. DETAILS OF TRANSACTION AT THE CASH REGISTER**

PLACED ITEMS ON COUNTER. CLERK RANG UP AND SWIPED CARD. CLERK HANDED BACK CARD WITH RECEIPT. I SAID THANKS AND LEFT WITHOUT FURTHER CONVERSATION.

**E. RECORD OF BENEFITS ISSUED AND USED IN THE TRANSACTION**

**1.EBT Benefits Issued, Used and Returned**

| EBT Card Number | A. Issued Value | B. Used Value | C. Returned Value |
|---|---|---|---|
| *Redacted | $176.24 | $4.00 | $172.24 |

EBT Receipt Included?     Yes                    Cash Register Tape Included?  No

**2. ADDITIONAL COMMENTS**

| F. CERTIFICATION | | Trafficking Cash Received: |
|---|---|---|
| This declaration consists of ___3___ pages. I have signed or initialed each page. The facts stated in this declaration are true to my knowledge. If I am called to testify as a witness in my proceeding, I am competent to testify to the matters stated herein. Further declarant sayeth not. I declare under penalty of perjury the foregoing is true and correct. | | 1. DATE OF REPORT |
| | | 4. INVESTIGATOR'S SIGNATURE |
| | | *Redacted |

*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).

**FORM FNS-413 (PAGE 3 OF 3) - (7-98) PREVIOUS EDITION OBSOLETE.**

A.R. 46

| A. CASE IDENTIFICATION DATA | 3. STORE NAME AND ADDRESS |
| --- | --- |
| 1. RETAILER INVESTIGATIONS BRANCH CASE IDENTIFICATION NUMBER TR34569 | Dairy Market<br>160 Lyman St |
| 2. DATE    1/7/2014 | Holyoke    MA    01040 |

## B. INVESTIGATOR'S STATEMENT

1. I, *Redacted _____ , Investigator, Food and Nutrition Service, United States Department of Agriculture, make the following statement freely and voluntarily, knowing that this statement may be used in evidence.

2. On the above date, at about (time) *Redacted , I entered subject store. I selected the items specified in Section C below. This store has __1__ primary grocery check-out registers. __1__ (was/were) in operation at the time of purchase. At the check-out counter there ( was/were) __0__ person(s) in line ahead of me and __1__ person(s) in line behind me. The clerk sold to me the items listed in Section C 2 and 3, below at a total cost of __$3.89__ . As the clerk rang up the transaction, the EBT card was where it could have been viewed by the clerk. I gave the clerk the EBT card and Supplemental Nutrition Assistance Program (SNAP) benefits were deducted from it by the clerk as described in Section E below. I departed the store at about *Redacted .

OTHER COMMENTS

*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).

**FORM FNS-413 (PAGE 1 OF 3) - (7-98) PREVIOUS EDTIONS OBSOLETE.**

A.R. 47

| C. SUMMARY OF PURCHASE | | CASE NUMBER | EXHIBIT | C |
|---|---|---|---|---|
| 1. PURCHASE PRICE CHARGED BY CLERK | 3.89 | TR34569 | PAGE | 2 |

2. INELIGIBLE ITEMS

| QUANTITY AND DESCRIPTION | PRICE * |
|---|---|
|  |  |

3. ELIGIBLE ITEMS

| QUANTITY AND DESCRIPTION | PRICE * |
|---|---|
| 1 - 20 OZ BTL CANADA DRY GINGER ALE | NPI |
| 1 - 1.84 OZ MILKY WAY CANDY BAR | NPI |
| 1 - 2.75 OZ BAG WISE RIDGIES SOUR CREAM POTATO CHIPS | 0.99 |

4. ITEMS PURCHASED WITH CASH CHANGE

| QUANTITY AND DESCRIPTION | PRICE * |
|---|---|
|  |  |

5. REFUSALS

| QUANTITY AND DESCRIPTION | PRICE * |
|---|---|
|  |  |

*NPI=No Price Indicated or Price Illegible
*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).

**FORM FNS-413 (PAGE 2 OF 3) - (7-98) PREVIOUS EDTIONS OBSOLETE.**

A.R. 48

| D. APPEARANCE OF CLERK | | | | | CASE NUMBER | | EXHIBIT |
|---|---|---|---|---|---|---|---|
| 1. SEX | 2. AGE | 3. HEIGHT RANGE | 4.WEIGHT | 5.HAIR COLOR | TR34569 | | C |
| Male | 35 - 40 | 5'5" - 5'8" | 140 - 150 | Black | Result | F | PAGE 3 |

| 6. OTHER IDENTIFYING INFORMATION: | 7. IDENTIFIED DURING TRANSACTION AS: (Name) |
|---|---|
| MOUSTACHE | RAJ |
| | (Title, Relationship to owner): |
| | UNKNOWN |
| | 8. MEANS OF IDENTIFICATION: |
| | CONVERSATION |

**9. DETAILS OF TRANSACTION AT THE CASH REGISTER**

PLACED ITEMS ON COUNTER. CLERK RANG UP AND BAGGED. CLERK SWIPED CARD AND HANDED BACK. I ASKED FOR CASH AND CLERK ASKED "HOW MUCH?" I SAID $ 20.00 AND CLERK WROTE HIS NAME AND TELEPHONE NUMBER ON BACK OF RECEIPT. CLERK SAID "YOU CALL ME BUT DON'T SAY FOOD STAMPS. I DO $ 50.00 OR $ 100.00."

**E. RECORD OF BENEFITS ISSUED AND USED IN THE TRANSACTION**

**1.EBT Benefits Issued, Used and Returned**

| EBT Card Number | A. Issued Value | B. Used Value | C. Returned Value |
|---|---|---|---|
| *Redacted | $158.51 | $3.89 | $154.62 |

EBT Receipt Included?    Yes                    Cash Register Tape Included?  No

**2. ADDITIONAL COMMENTS**

| F. CERTIFICATION | Trafficking Cash Received: |
|---|---|
| This declaration consists of  4  pages. I have signed or initialed each page. The facts stated in this declaration are true to my knowledge. If I am called to testify as a witness in my proceeding, I am competent to testify to the matters stated herein. Further declarant sayeth not. I declare under penalty of perjury the foregoing is true and correct. | 1. DATE OF REPORT |
| | 4. INVESTIGATOR'S SIGNATURE |
| | *Redacted |

*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).

**FORM FNS-413 (PAGE 3 OF 3) - (7-98) PREVIOUS EDITION OBSOLETE.**

A.R. 49

| INVESTIGATIVE STATEMENT/CONTINUATION SHEET | CASE NUMBER | EXHIBIT C |
|---|---|---|
| | TR34569 | PAGE 4 |

Continued from Form 413, Page 3 of 3, Details of Transaction at the cash register:
I SAID 'OK. LET ME GET $ 50.00.' CLERK REPLIED "SEE ME TOMORROW AT 4:00 PM." CLERK HANDED ME RECEIPT AND ASKED MY NAME. I PROVIDED NAME ON EBT CARD. I THEN SAID THANKS AND LEFT WITHOUT FURTHER CONVERSATION.

**SECTION B. (Complete only if form is used to record a signed statement.)**

SIGNATURE

*Redacted

SIGNATURE OF INVESTIGATOR

*Redacted

Date

*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).

FORM FNS-412 (7-98) PREVIOUS EDTIONS OBSOLETE.

A.R. 50

| A. CASE IDENTIFICATION DATA | 3. STORE NAME AND ADDRESS | | |
| --- | --- | --- | --- |
| 1. RETAILER INVESTIGATIONS BRANCH CASE IDENTIFICATION NUMBER **TR34569** | **Dairy Market** **160 Lyman St** | | |
| 2. DATE                1/8/2014 | **Holyoke** | **MA** | **01040** |

### B. INVESTIGATOR'S STATEMENT

1. I,  **\*Redacted**                                                                                                    , Investigator, Food and Nutrition Service, United States Department of Agriculture, make the following statement freely and voluntarily, knowing that this statement may be used in evidence.

2. On the above date, at about (time)    **\*Redacted** , I entered subject store. I selected the items specified in Section C below. This store has    **1**    primary grocery check-out registers.    **1**    (was/were) in operation at the time of purchase. At the check-out counter there ( was/were)    **0**    person(s) in line ahead of me and    **3**    person(s) in line behind me. The clerk sold to me the items listed in Section C 2 and 3, below at a total cost of    **$4.00**    . As the clerk rang up the transaction, the EBT card was where it could have been viewed by the clerk. I gave the clerk the EBT card and Supplemental Nutrition Assistance Program (SNAP) benefits were deducted from it by the clerk as described in Section E below. I departed the store at about    **\*Redacted** .

**OTHER COMMENTS**

\*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).

FORM FNS-413 (PAGE 1 OF 3) - (7-98) PREVIOUS EDTIONS OBSOLETE.

A.R. 51

| C. SUMMARY OF PURCHASE | | CASE NUMBER | EXHIBIT | D |
|---|---|---|---|---|
| 1. PURCHASE PRICE CHARGED BY CLERK | 4.00 | TR34569 | PAGE | 2 |

2. INELIGIBLE ITEMS

| QUANTITY AND DESCRIPTION | PRICE * |
|---|---|
| | |

3. ELIGIBLE ITEMS

| QUANTITY AND DESCRIPTION | PRICE * |
|---|---|
| 2 - 23 OZ CAN ARIZONA ICED TEA [2 @ $ .99 EA] | 1.98 |
| 1 - 6-1/2 OZ BAG LAYS WAVY POTATO CHIPS | 2.00 |

4. ITEMS PURCHASED WITH CASH CHANGE

| QUANTITY AND DESCRIPTION | PRICE * |
|---|---|
| | |

5. REFUSALS

| QUANTITY AND DESCRIPTION | PRICE * |
|---|---|
| | |

*NPI=No Price Indicated or Price Illegible
*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).

**FORM FNS-413 (PAGE 2 OF 3) - (7-98) PREVIOUS EDTIONS OBSOLETE.**

A.R. 52