| D. APPEARANCE OF CLERK | | | | | CASE NUMBER | | EXHIBIT |
|---|---|---|---|---|---|---|---|
| 1. SEX | 2. AGE | 3. HEIGHT RANGE | 4.WEIGHT | 5.HAIR COLOR | TR34569 | | D |
| Male | 35 - 40 | 5'5" - 5'8" | 140 - 150 | Black | Result | F | PAGE   3 |

| 6. OTHER IDENTIFYING INFORMATION: | 7. IDENTIFIED DURING TRANSACTION AS: (Name) |
|---|---|
| Clerk same as Exhibit C | RAJ |
| | (Title, Relationship to owner): |
| | UNKNOWN |
| | 8. MEANS OF IDENTIFICATION: |
| | CONVERSATION - EXH. C |

**9. DETAILS OF TRANSACTION AT THE CASH REGISTER**

PLACED ITEMS ON COUNTER. CLERK RANG UP AND BAGGED. CLERK SWIPED CARD AND I NODDED MY HEAD TOWARD CARD. CLERK SAID "WAIT" AND HANDED BACK CARD WITH RECEIPT. I LET CUSTOMERS BEHIND GO TO COUNTER.

**E. RECORD OF BENEFITS ISSUED AND USED IN THE TRANSACTION**

**1.EBT Benefits Issued, Used and Returned**

| EBT Card Number | A. Issued Value | B. Used Value | C. Returned Value |
|---|---|---|---|
| *Redacted | $238.74 | $4.00 | $234.74 |

EBT Receipt Included?     Yes                    Cash Register Tape Included? No

**2. ADDITIONAL COMMENTS**

ITEMS TOTAL [AS PRICED] $ 3.98. CLERK CHARGED $ 4.00.

| F. CERTIFICATION | Trafficking Cash Received: | |
|---|---|---|
| This declaration consists of          4          pages. I have signed or initialed each page. The facts stated in this declaration are true to my knowledge. If I am called to testify as a witness in my proceeding, I am competent to testify to the matters stated herein.  Further declarant sayeth not.  I declare under penalty of perjury the foregoing is true and correct. | 1. DATE OF REPORT | |
| | 4. INVESTIGATOR'S SIGNATURE | |
| | *Redacted | |

*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).

**FORM FNS-413 (PAGE 3 OF 3) - (7-98) PREVIOUS EDITION OBSOLETE.**

A.R. 53

| INVESTIGATIVE STATEMENT/CONTINUATION SHEET | CASE NUMBER | EXHIBIT D |
|---|---|---|
| | TR34569 | PAGE    4 |

Continued from Form 413, Page 3 of 3, Details of Transaction at the cash register:
ONCE CUSTOMERS DEPARTED, CLERK ASKED "HOW MUCH YOU WANT?" I REPLIED '$ 50.00.'
CLERK SAID "THE BOSS DOESN'T WANT THE CARDS DONE HERE. I CAN TAKE IT SHOPPING." I
SAID 'YOU NEED STUFF.' CLERK SAID "I GET GROCERIES FOR THE STORES ON THE CARD AND
PAY YOU." I SAID 'WHERE YOU NEED ME TO GO? MY GIRL HAS A CAR.' CLERK ANSWERED "NOT
NOW AS I AM WORKING. CALL ME TOMORROW AT 10:00 OR 11:00 AND I CAN MEET YOU AT
SAVE-A-LOT." I SAID OK, THANKS; AND LEFT WITHOUT FURTHER CONVERSATION.

**SECTION B. (Complete only if form is used to record a signed statement.)**

| SIGNATURE | SIGNATURE OF INVESTIGATOR | Date |
|---|---|---|
| *Redacted | *Redacted | |

*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).

**FORM FNS-412 (7-98) PREVIOUS EDTIONS OBSOLETE.**

| US DEPARTMENT OF AGRICULTURE - FOOD AND NUTRITION SERVICE | EXHIBIT | E |
|---|---|---|
| **TRANSACTION REPORT** | PAGE | 1 |

| A. CASE IDENTIFICATION DATA | 3. STORE NAME AND ADDRESS | | |
|---|---|---|---|
| 1. RETAILER INVESTIGATIONS BRANCH<br>   CASE IDENTIFICATION NUMBER<br>   TR34569 | **Dairy Market**<br>**160 Lyman St** | | |
| 2. DATE         1/9/2014 | **Holyoke** | **MA** | **01040** |

## B.  INVESTIGATOR'S STATEMENT

1.  I,  **\*Redacted** _____ , **Investigator**,
    Food and Nutrition Service, United States Department of Agriculture, make the following statement
    freely and voluntarily, knowing that this statement may be used in evidence.

2.  On the above date, at about (time) ___\*Redacted___ , I entered subject store. I selected the items specified
    in Section C below. This store has ___5___ primary grocery check-out registers. ___2___ (was/were) in
    operation at the time of purchase. At the check-out counter there ( was/were) ___3___ person(s) in
    line ahead of me and ___3___ person(s) in line behind me. The clerk sold to me the items listed
    in Section C 2 and 3, below at a total cost of ___$0.00___ . As the clerk rang up the transaction, the
    EBT card was where it could have been viewed by the clerk. I gave the clerk the EBT card and
    Supplemental Nutrition Assistance Program (SNAP) benefits were deducted from it by the clerk
    as described in Section E below. I departed the store at about ___\*Redacted___ .

## OTHER COMMENTS

TRAFFICKING: $ 106.13 EBT/SNAP BENEFITS FOR $ 50.00 CASH, WHERE CLERK EXCHANGED $ 106.13
OF FOOD ITEMS PURCHASED WITH EBT/SNAP BENEFITS FOR $ 50.00 CASH.

BENEFITS REDEEMED AT SAVE-A-LOT [FNS # 3619915 - 235 SOUTH STREET, HOLYOKE, MA 01040].

**\*Redacted** - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).
**FORM FNS-413 (PAGE 1 OF 3) - (7-98) PREVIOUS EDTIONS OBSOLETE.**

| C. SUMMARY OF PURCHASE | | CASE NUMBER | EXHIBIT | E |
|---|---|---|---|---|
| 1. PURCHASE PRICE CHARGED BY CLERK | 0.00 | TR34569 | PAGE | 2 |

2. INELIGIBLE ITEMS

| QUANTITY AND DESCRIPTION | PRICE * |
|---|---|
| | |

3. ELIGIBLE ITEMS

| QUANTITY AND DESCRIPTION | PRICE * |
|---|---|
| | |

4. ITEMS PURCHASED WITH CASH CHANGE

| QUANTITY AND DESCRIPTION | PRICE * |
|---|---|
| | |

5. REFUSALS

| QUANTITY AND DESCRIPTION | PRICE * |
|---|---|
| | |

*NPI=No Price Indicated or Price Illegible
*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).

**FORM FNS-413 (PAGE 2 OF 3) - (7-98) PREVIOUS EDTIONS OBSOLETE.**

A.R. 56

| D. APPEARANCE OF CLERK | | | | | CASE NUMBER TR34569 | | EXHIBIT E |
|---|---|---|---|---|---|---|---|
| 1. SEX | 2. AGE | 3. HEIGHT RANGE | 4.WEIGHT | 5.HAIR COLOR | Result | D | PAGE 3 |
| Male | 35 - 40 | 5'5" - 5'8" | 140 - 150 | Black | | | |

| 6. OTHER IDENTIFYING INFORMATION: | 7. IDENTIFIED DURING TRANSACTION AS: (Name) |
|---|---|
| SUBJECT IS Clerk same as Exhibit C>> CLERK #2 FROM SAVE-A-LOT: MALE, 27-32 YEARS OLD, 5'9"-6'0", 230-240 LBS, BROWN HAIR | SUBJECT: RAJ >> CLERK #2 - STEVE |
| | (Title, Relationship to owner): |
| | UNKNOWN |
| | 8. MEANS OF IDENTIFICATION: |
| | SUBJECT [RAJ] IDENTIFIED DURING EXH. C - CLERK #2 - NAMETAG |

**9. DETAILS OF TRANSACTION AT THE CASH REGISTER**

MET SUBJECT [CLERK #1 - RAJ] OUTSIDE OF SAVE-A-LOT [LOCATED AT 235 SOUTH STREET, HOLYOKE, MA 01040]. SUBJECT SELECTED A CARRIAGE AND WE ENTERED STORE. SUBJECT SELECTED MERCHANDISE AND PLACED IN CART. CLERK ASKED ME "$ 100.00? RIGHT?" I SAID 'YEAH.'

**E. RECORD OF BENEFITS ISSUED AND USED IN THE TRANSACTION**

**1.EBT Benefits Issued, Used and Returned**

| EBT Card Number | A. Issued Value | B. Used Value | C. Returned Value |
|---|---|---|---|
| *Redacted | $223.83 | $106.13 | $117.70 |

EBT Receipt Included?     Yes                                    Cash Register Tape Included? Yes

**2. ADDITIONAL COMMENTS**

1- $20 BILL - JF07189391D - 2009; 1- $20 BILL - JE31487134E - 2009
1- $5 BILL - JA19186795A - 2009; 1- $5 BILL - JL17681414D - 2009

PAGE 2 BLANK AND PURCHASE PRICE $ 0.00 AS NO MERCHANDISE WAS RECEIVED BY INVESTIGATOR.

| F. CERTIFICATION | Trafficking Cash Received:          $50.00 | |
|---|---|---|
| This declaration consists of      5      pages. I have signed or initialed each page. The facts stated in this declaration are true to my knowledge. If I am called to testify as a witness in my proceeding, I am competent to testify to the matters stated herein. Further declarant sayeth not. I declare under penalty of perjury the foregoing is true and correct. | 1. DATE OF REPORT | |
| | 4. INVESTIGATOR'S SIGNATURE *Redacted | |

*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).

**FORM FNS-413 (PAGE 3 OF 3) - (7-98) PREVIOUS EDITION OBSOLETE.**

A.R. 57

| INVESTIGATIVE STATEMENT/CONTINUATION SHEET | CASE NUMBER | EXHIBIT E |
|---|---|---|
| | TR34569 | PAGE    4 |

Continued from Form 413, Page 3 of 3, Details of Transaction at the cash register:
WE PROCEEDED TO REGISTER ONE (1) WHERE WE BOTH UNLOADED MERCHANDISE ONTO BELT. CLERK #2 [SAVE-A-LOT / STEVE] SCANNED ALL ITEMS AND PLACED INTO AN EMPTY CARRIAGE. SUBJECT [RAJ] ASKED FOR THREE (3) PLASTIC BAGS AND PAID $ .35 CASH TO CLERK #2 FOR BAGS. I SWIPED EBT CARD INTO TERMINAL AND CLERK #2 HANDED ME RECEIPT. SUBJECT PULLED CART AWAY AND BAGGED MERCHANDISE. WE BOTH EXITED STORE [MYSELF AND RAJ] AND SUBJECT ASKED ME TO WALK TOWARDS CARS, WHERE HE [RAJ] HANDED ME CASH [WHICH WAS IN HIS FRONT RIGHT PANT POCKET]. I SAID 'YOU WANT TO DO A COUPLE MORE? MY GIRL HAS A CARD AND OUR FRIEND TOO.' SUBJECT SAID "YEAH." I REPLIED 'OK. I'LL CALL YOU IN A COUPLE DAYS' AND LEFT WITHOUT FURTHER CONVERSATION. SUBJECT [RAJ] RETAINED ALL MERCHANDISE PURCHASED WITH EBT/SNAP BENEFITS.

| SECTION B. (Complete only if form is used to record a signed statement.) | | |
|---|---|---|
| SIGNATURE | SIGNATURE OF INVESTIGATOR | Date |
| *Redacted | *Redacted | |

*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).

FORM FNS-412 (7-98) PREVIOUS EDTIONS OBSOLETE.

| INVESTIGATIVE STATEMENT/CONTINUATION SHEET | CASE NUMBER | EXHIBIT E |
|---|---|---|
| | TR34569 | PAGE 5 |

Continued from Form 413, Page 3 of 3, Additional Comments:
ITEMS PURHASED WITH EBT/SNAP BENEFITS WHICH WERE EXCHANGED FOR CASH:

3- PKG HUNGRYMAN BONELESS CHICKEN MEALS [3 @ $ 2.39 EA] = $ 7.17

5- PKG BANQUET CHICKEN PATTIES [5 @ 2.69 EA] = $ 13.45

4- PKG BANQUET FRIED CHICKEN DINNER [4 @ $ 1.69 EA] = $ 6.76

3- PKG BANQUET CRISPY CHICKEN [3 @ $ 5.99 EA] = $ 17.97

2- PKG FRUIT PUNCH POUCHES [2 @ $ 1.99 EA] = $ 3.98

3- PKG OREIDA HASHBROWNS [3 @ $ 2.79 EA] = $ 8.37

1- BTL KC BARBEQUE SAUCE = $ 1.69

4- PKG BANQUET MEATBALL MARINARA [4 @ $ 1.99 EA] = $ 7.96

6- PKG BANQUET POPCORN CHICKEN [6 @ $ 2.49 EA] = $ 14.94

2- BTL RANCH DRESSING [2 @ $ 1.49 EA] = $ 2.98

4- CAN SLOPPY JOE SAUCE [4 @ $ .89 EA] = $ 3.56

2- BTL SWEET/TANGY BARBECUE SAUCE [2 @ $ 1.69 EA] = $ 3.38

4- PKG BANQUET TURKEY & GRAVY [4 @ $ 1.99 EA] = $ 7.96

4- LOAF WHEAT BREAD [4 @ $ 1.49 EA] = $ 5.96

| SECTION B. (Complete only if form is used to record a signed statement.) | | |
|---|---|---|
| SIGNATURE | SIGNATURE OF INVESTIGATOR | Date |
| *Redacted | *Redacted | |

*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).

FORM FNS-412 (7-98) PREVIOUS EDTIONS OBSOLETE.

| US DEPARTMENT OF AGRICULTURE - FOOD AND NUTRITION SERVICE | EXHIBIT | F |
|---|---|---|
| **TRANSACTION REPORT** | PAGE | 1 |

| A. CASE IDENTIFICATION DATA | 3. STORE NAME AND ADDRESS | | |
|---|---|---|---|
| 1. RETAILER INVESTIGATIONS BRANCH    CASE IDENTIFICATION NUMBER         TR34569 | Dairy Market  160 Lyman St | | |
| 2. DATE                    1/22/2014 | Holyoke | MA | 01040 |

## B. INVESTIGATOR'S STATEMENT

1. I, **\*Redacted** _____, Investigator, Food and Nutrition Service, United States Department of Agriculture, make the following statement freely and voluntarily, knowing that this statement may be used in evidence.

2. On the above date, at about (time) __*Redacted__ , I entered subject store. I selected the items specified in Section C below. This store has ___1___ primary grocery check-out registers. ___1___ (was/were) in operation at the time of purchase. At the check-out counter there ( was/were) ___0___ person(s) in line ahead of me and ___0___ person(s) in line behind me. The clerk sold to me the items listed in Section C 2 and 3, below at a total cost of ___$3.98___ . As the clerk rang up the transaction, the EBT card was where it could have been viewed by the clerk. I gave the clerk the EBT card and Supplemental Nutrition Assistance Program (SNAP) benefits were deducted from it by the clerk as described in Section E below. I departed the store at about ___*Redacted___ .

**OTHER COMMENTS**

*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).
**FORM FNS-413 (PAGE 1 OF 3) - (7-98) PREVIOUS EDTIONS OBSOLETE.**

A.R. 60

| C. SUMMARY OF PURCHASE | | CASE NUMBER | EXHIBIT F |
|---|---|---|---|
| 1. PURCHASE PRICE CHARGED BY CLERK | 3.98 | TR34569 | PAGE 2 |

2. INELIGIBLE ITEMS

| QUANTITY AND DESCRIPTION | PRICE * |
|---|---|
| | |

3. ELIGIBLE ITEMS

| QUANTITY AND DESCRIPTION | PRICE * |
|---|---|
| 1 - 2-1/8 OZ BAG COOL RANCH DORITOS CHIPS | 1.09 |
| 1 - 20 OZ BTL ORANGE GATORADE | NPI |
| 1 - 1.9 OZ 3 MUSKETEERS CANDY BAR | NPI |

4. ITEMS PURCHASED WITH CASH CHANGE

| QUANTITY AND DESCRIPTION | PRICE * |
|---|---|
| | |

5. REFUSALS

| QUANTITY AND DESCRIPTION | PRICE * |
|---|---|
| | |

*NPI=No Price Indicated or Price Illegible
*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).

**FORM FNS-413 (PAGE 2 OF 3) - (7-98) PREVIOUS EDTIONS OBSOLETE.**

A.R. 61

| D. APPEARANCE OF CLERK | | | | | CASE NUMBER | | EXHIBIT |
|---|---|---|---|---|---|---|---|
| 1. SEX | 2. AGE | 3. HEIGHT RANGE | 4.WEIGHT | 5.HAIR COLOR | TR34569 | | F |
| Male | 35 - 40 | 5'5" - 5'8" | 140 - 150 | Black | Result | F | PAGE    3 |

| 6. OTHER IDENTIFYING INFORMATION: | 7. IDENTIFIED DURING TRANSACTION AS: (Name) |
|---|---|
| Clerk same as Exhibit C | RAJ |
| | (Title, Relationship to owner): |
| | UNKNOWN |
| | 8. MEANS OF IDENTIFICATION: |
| | CONVERSATION - EXH C |

**9. DETAILS OF TRANSACTION AT THE CASH REGISTER**

PLACED ITEMS ON COUNTER. CLERK RANG UP, BAGGED; AND SWIPED CARD. I SAID 'I'M GONNA HAVE A COUPLE MORE CARDS SOON.' CLERK HANDED ME CARD AND RECEIPT AND ASKED ME TO WAIT BY DOOR. CLERK CAME AROUND COUNTER AND APPROACHED ME.

**E. RECORD OF BENEFITS ISSUED AND USED IN THE TRANSACTION**

**1.EBT Benefits Issued, Used and Returned**

| EBT Card Number | A. Issued Value | B. Used Value | C. Returned Value |
|---|---|---|---|
| *Redacted | $143.70 | $3.98 | $139.72 |

EBT Receipt Included?      Yes                    Cash Register Tape Included? No

**2. ADDITIONAL COMMENTS**

| F. CERTIFICATION | Trafficking Cash Received: |
|---|---|
| This declaration consists of ____4____ pages. I have signed or initialed each page. The facts stated in this declaration are true to my knowledge. If I am called to testify as a witness in my proceeding, I am competent to testify to the matters stated herein.<br><br>Further declarant sayeth not.<br><br>I declare under penalty of perjury the foregoing is true and correct. | 1. DATE OF REPORT<br><br>4. INVESTIGATOR'S SIGNATURE<br><br>*Redacted |

*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).

**FORM FNS-413 (PAGE 3 OF 3) - (7-98) PREVIOUS EDITION OBSOLETE.**

A.R. 62

| INVESTIGATIVE STATEMENT/CONTINUATION SHEET | CASE NUMBER | EXHIBIT F |
|---|---|---|
| | TR34569 | PAGE   4 |

Continued from Form 413, Page 3 of 3, Details of Transaction at the cash register:
CLERK ASKED "HOW MANY?" I REPLIED 'SHOULD BE TWO (2). MY GIRL AND HER FRIEND.' CLERK
SAID "OK. CALL ME. JUST DON'T MENTION EBT ON THE PHONE." I SAID 'COOL. NO PROBLEM,'
AND LEFT WITHOUT FURTHER CONVERSATION.

**SECTION B. (Complete only if form is used to record a signed statement.)**

| SIGNATURE | SIGNATURE OF INVESTIGATOR | Date |
|---|---|---|
| *Redacted | *Redacted | |

*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).

**FORM FNS-412 (7-98) PREVIOUS EDTIONS OBSOLETE.**

| US DEPARTMENT OF AGRICULTURE - FOOD AND NUTRITION SERVICE | EXHIBIT | G |
|---|---|---|
| **TRANSACTION REPORT** | PAGE | 1 |

| A. CASE IDENTIFICATION DATA | 3. STORE NAME AND ADDRESS | | |
|---|---|---|---|
| 1. RETAILER INVESTIGATIONS BRANCH CASE IDENTIFICATION NUMBER **TR34569** | Dairy Market 160 Lyman St | | |
| 2. DATE          1/29/2014 | Holyoke | MA | 01040 |

**B.  INVESTIGATOR'S STATEMENT**

1. I, **\*Redacted** _____ , **Investigator**, Food and Nutrition Service, United States Department of Agriculture, make the following statement freely and voluntarily, knowing that this statement may be used in evidence.

2. On the above date, at about (time) ___\*Redacted___ , I entered subject store. I selected the items specified in Section C below. This store has ___1___ primary grocery check-out registers. ___0___ (was/were) in operation at the time of purchase. At the check-out counter there ( was/were) ___0___ person(s) in line ahead of me and ___0___ person(s) in line behind me. The clerk sold to me the items listed in Section C 2 and 3, below at a total cost of ___$0.00___ . As the clerk rang up the transaction, the EBT card was where it could have been viewed by the clerk. I gave the clerk the EBT card and Supplemental Nutrition Assistance Program (SNAP) benefits were deducted from it by the clerk as described in Section E below. I departed the store at about ___\*Redacted___ .

**OTHER COMMENTS**

\*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).
**FORM FNS-413 (PAGE 1 OF 3) - (7-98) PREVIOUS EDTIONS OBSOLETE.**

| C. SUMMARY OF PURCHASE | CASE NUMBER | EXHIBIT | G |
|---|---|---|---|
| 1. PURCHASE PRICE CHARGED BY CLERK          0.00 | TR34569 | PAGE | 2 |

2. INELIGIBLE ITEMS

| QUANTITY AND DESCRIPTION | PRICE * |
|---|---|
| | |

3. ELIGIBLE ITEMS

| QUANTITY AND DESCRIPTION | PRICE * |
|---|---|
| | |

4. ITEMS PURCHASED WITH CASH CHANGE

| QUANTITY AND DESCRIPTION | PRICE * |
|---|---|
| | |

5. REFUSALS

| QUANTITY AND DESCRIPTION | PRICE * |
|---|---|
| | |

*NPI=No Price Indicated or Price Illegible
*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).

**FORM FNS-413 (PAGE 2 OF 3) - (7-98) PREVIOUS EDTIONS OBSOLETE.**

A.R. 65

| D. APPEARANCE OF CLERK | | | | | CASE NUMBER | | EXHIBIT |
|---|---|---|---|---|---|---|---|
| 1. SEX | 2. AGE | 3. HEIGHT RANGE | 4.WEIGHT | 5.HAIR COLOR | TR34569 | | G |
| Male | 35 - 40 | 5'5" - 5'8" | 140 - 150 | Black | Result | F | PAGE    3 |

| 6. OTHER IDENTIFYING INFORMATION: | 7. IDENTIFIED DURING TRANSACTION AS: (Name) |
|---|---|
| Clerk same as Exhibit C | RAJ |
| | (Title, Relationship to owner): |
| | UNKNOWN |
| | 8. MEANS OF IDENTIFICATION: |
| | CONVERSATION - EXH C |

**9. DETAILS OF TRANSACTION AT THE CASH REGISTER**

ENTERED STORE AND APPROACHED CLERK ON SALES FLOOR. I SAID 'I GOT EM' FOR YOU' [EBT CARDS]. CLERK WALKED TO BACK OF STORE AND I FOLLOWED. I PRODUCED TWO (2) EBT CARDS AND CLERK ASKED "HOW MUCH?" I SAID 'DO $ 150.00 EACH.' CLERK REPLIED "I ONLY WANT ONE (1) RIGHT NOW." I SAID 'FINE. TAKE MY GIRLS' CARD.'

**E. RECORD OF BENEFITS ISSUED AND USED IN THE TRANSACTION**

**1.EBT Benefits Issued, Used and Returned**

| EBT Card Number | A. Issued Value | B. Used Value | C. Returned Value |
|---|---|---|---|
| *Redacted | $260.00 | $0.00 | $260.00 |

EBT Receipt Included?     No                    Cash Register Tape Included? No

**2. ADDITIONAL COMMENTS**

PAGE 2 BLANK AND PURCHASE PRICE ENTERED AS $ 0.00 AS NO ITEMS WERE PURCHASED.

CLERK RETAINED EBT CARD.

| F. CERTIFICATION | | Trafficking Cash Received: |
|---|---|---|
| This declaration consists of _____4_____ pages. I have signed or initialed each page. The facts stated in this declaration are true to my knowledge. If I am called to testify as a witness in my proceeding, I am competent to testify to the matters stated herein. | | 1. DATE OF REPORT |
| Further declarant sayeth not. | | 4. INVESTIGATOR'S SIGNATURE |
| I declare under penalty of perjury the foregoing is true and correct. | | *Redacted |

*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).

**FORM FNS-413 (PAGE 3 OF 3) - (7-98) PREVIOUS EDITION OBSOLETE.**

A.R. 66

| INVESTIGATIVE STATEMENT/CONTINUATION SHEET | CASE NUMBER | EXHIBIT G |
|---|---|---|
| | TR34569 | PAGE 4 |

Continued from Form 413, Page 3 of 3, Details of Transaction at the cash register:
CLERK PRODUCED A PEN AND PAPER AND ASKED FOR PIN NUMBER, WHICH I PROVIDED. CLERK ASKED FOR A PHONE NUMBER, SAYING "IN-CASE STORE ASKS ME WHO'S CARD THIS IS. I CAN SAY I AM SHOPPING FOR A FRIEND." I PROVIDED A TELEPHONE NUMBER. CLERK THEN SAID "$ 150.00 FOR $ 75.00 CASH." I SAID 'YEAH.' CLERK SAID "GIVE ME A DAY. CALL TOMORROW. JUST ASK DID YOU GET IT. I DONT LIKE TO TALK MUCH ON THE PHONE." I SAID COOL AND LEFT WITHOUT FURTHER CONVERSATION.

---

**SECTION B. (Complete only if form is used to record a signed statement.)**

| SIGNATURE | SIGNATURE OF INVESTIGATOR | Date |
|---|---|---|
| *Redacted | *Redacted | |

*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).

**FORM FNS-412 (7-98) PREVIOUS EDTIONS OBSOLETE.**

| US DEPARTMENT OF AGRICULTURE - FOOD AND NUTRITION SERVICE | EXHIBIT | H |
|---|---|---|
| **TRANSACTION REPORT** | PAGE | 1 |

| A. CASE IDENTIFICATION DATA | 3. STORE NAME AND ADDRESS | | |
|---|---|---|---|
| 1. RETAILER INVESTIGATIONS BRANCH | | | |
| CASE IDENTIFICATION NUMBER | Dairy Market | | |
| TR34569 | 160 Lyman St | | |
| 2. DATE          1/30/2014 | Holyoke | MA | 01040 |

## B.  INVESTIGATOR'S STATEMENT

1.  **I, \*Redacted** _____ , **Investigator,**
Food and Nutrition Service, United States Department of Agriculture, make the following statement
freely and voluntarily, knowing that this statement may be used in evidence.

2.  On the above date, at about (time) ___*Redacted___ , I entered subject store.  I selected the items specified
in Section C below.  This store has ___1___ primary grocery check-out registers. ___1___ (was/were) in
operation at the time of purchase.  At the check-out counter there ( was/were) ___0___ person(s) in
line ahead of me and ___0___ person(s) in line behind me.  The clerk sold to me the items listed
in Section C 2 and 3, below at a total cost of ___$0.00___ .  As the clerk rang up the transaction, the
EBT card was where it could have been viewed by the clerk.  I gave the clerk the EBT card and
Supplemental Nutrition Assistance Program (SNAP) benefits were deducted from it by the clerk
as described in Section E below.  I departed the store at about ___*Redacted___ .

## OTHER COMMENTS

TRAFFICKING, WHERE RETAILER REDEEMED $ 141.91 OF EBT/SNAP BENEFITS AT BJ'S WHOLESALE
CLUB [FNS # 0173805] 650 MEMORIAL DRIVE, CHICOPEE, MA; ON 01/30/2014.  RETAILER THEN
REDEEMED $ 8.00 OF EBT/SNAP BENEFITS AT DAIRY MARKET ON 01/30/14.  TOTAL REDEEMED: $ 149.91
FOR $ 75.00 CASH.

TRANSACTION CONFIRMED VIA EBT ADMIN TERMINAL.

\*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).

**FORM FNS-413 (PAGE 1 OF 3) - (7-98) PREVIOUS EDTIONS OBSOLETE.**

A.R. 68

| C. SUMMARY OF PURCHASE | | CASE NUMBER | EXHIBIT H |
|---|---|---|---|
| 1. PURCHASE PRICE CHARGED BY CLERK | 0.00 | TR34569 | PAGE 2 |

2. INELIGIBLE ITEMS

| QUANTITY AND DESCRIPTION | PRICE * |
|---|---|
| | |

3. ELIGIBLE ITEMS

| QUANTITY AND DESCRIPTION | PRICE * |
|---|---|
| | |

4. ITEMS PURCHASED WITH CASH CHANGE

| QUANTITY AND DESCRIPTION | PRICE * |
|---|---|
| | |

5. REFUSALS

| QUANTITY AND DESCRIPTION | PRICE * |
|---|---|
| | |

*NPI=No Price Indicated or Price Illegible
*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).

**FORM FNS-413 (PAGE 2 OF 3) - (7-98) PREVIOUS EDTIONS OBSOLETE.**

A.R. 69

| D. APPEARANCE OF CLERK | | | | | CASE NUMBER | | EXHIBIT |
|---|---|---|---|---|---|---|---|
| 1. SEX | 2. AGE | 3. HEIGHT RANGE | 4.WEIGHT | 5.HAIR COLOR | TR34569 | | H |
| Male | 35 - 40 | 5'5" - 5'8" | 140 - 150 | Black | Result | D | PAGE   3 |

| 6. OTHER IDENTIFYING INFORMATION: | 7. IDENTIFIED DURING TRANSACTION AS: (Name) |
|---|---|
| Clerk same as Exhibit C | RAJ |
| | (Title, Relationship to owner): |
| | UNKNOWN |
| | 8. MEANS OF IDENTIFICATION: |
| | CONVERSATION |

**9. DETAILS OF TRANSACTION AT THE CASH REGISTER**

APPROACHED COUNTER. CLERK SAID "I WAS ABOUT TO CALL YOU." I SAID 'I CALLED YOU BEFORE BUT YOU DIDN'T ANSWER.' CLERK CAME AROUND COUNTER TO ENTRY VESTIBULE. CLERK THEN WENT TO CAR [OUTSIDE] AND RETRIEVED CASH. CLERK HANDED ME $ 60.00 CASH.

**E. RECORD OF BENEFITS ISSUED AND USED IN THE TRANSACTION**

**1.EBT Benefits Issued, Used and Returned**

| EBT Card Number | A. Issued Value | B. Used Value | C. Returned Value |
|---|---|---|---|
| *Redacted | $260.00 | $141.91 | $118.09 |
| *Redacted | $118.09 | $8.00 | $110.09 |
| *Redacted | $196.35 | $0.00 | $196.35 |

EBT Receipt Included?      No                    Cash Register Tape Included?  No

**2. ADDITIONAL COMMENTS**

PAGE 2 BLANK AND PURCHASE PRICE $ 0.00 AS NO ITEMS WERE PURCHASED OR RECEIVED.

Trafficking Cash Details
 $20,2,JF81775090B 2009, JL77855919B 2009; $10,2,IE87526888A 2006, IE80676715A 2006;
$5,3,JA17226219A 2009, JF42375000A 2009, ID51466885B 2006

| F. CERTIFICATION | Trafficking Cash Received: | $75.00 |
|---|---|---|
| This declaration consists of _____4_____ pages. I have signed or initialed each page. The facts stated in this declaration are true to my knowledge. If I am called to testify as a witness in my proceeding, I am competent to testify to the matters stated herein. Further declarant sayeth not. I declare under penalty of perjury the foregoing is true and correct. | 1. DATE OF REPORT | |
| | 4. INVESTIGATOR'S SIGNATURE | |
| | *Redacted | |

*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).

A.R. 70

FORM FNS-413 (PAGE 3 OF 3) - (7-98) PREVIOUS EDITION OBSOLETE.

| INVESTIGATIVE STATEMENT/CONTINUATION SHEET | CASE NUMBER | EXHIBIT H |
|---|---|---|
| | TR34569 | PAGE  4 |

Continued from Form 413, Page 3 of 3, Details of Transaction at the cash register:
CLERK THEN WENT BACK BEHIND COUNTER AND SWIPED EBT CARD INTO TERMINAL ON COUNTER. CLERK TOOK $ 15.00 FROM REGISTER DRAWER, RETURNED TO VESTIBULE; AND HANDED ME $ 15.00. I SAID 'YOU WANT THE OTHER CARD?' CLERK REPLIED "YEAH." I HANDED HIM CARD AND PAPER [WITH PIN NUMBER AND $ 195.00 WRITTEN THERE-ON]. I SAID 'SHE'S GOING OUT OF TOWN FOR THE WEEKEND. SHE DON'T NEED IT BACK UNTIL MONDAY. IS THAT COOL?' CLERK REPLIED "YEAH. MONDAY. HOW MUCH?" I SAID 'THERE'S $ 195.00. WIPE IT OUT.' CLERK SAID "OK. COOL." I SAID 'THANKS.' CLERK REPLIED "BE SAFE." I SAID 'YOU TOO MAN' AND LEFT WITHOUT FURTHER CONVERSATION.

| SECTION B. (Complete only if form is used to record a signed statement.) | | |
|---|---|---|
| SIGNATURE | SIGNATURE OF INVESTIGATOR | Date |
| *Redacted | *Redacted | |

*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).

**FORM FNS-412 (7-98) PREVIOUS EDTIONS OBSOLETE.**

| US DEPARTMENT OF AGRICULTURE - FOOD AND NUTRITION SERVICE | EXHIBIT | I |
|---|---|---|
| **TRANSACTION REPORT** | PAGE | 1 |

| A. CASE IDENTIFICATION DATA | 3. STORE NAME AND ADDRESS | | |
|---|---|---|---|
| 1. RETAILER INVESTIGATIONS BRANCH CASE IDENTIFICATION NUMBER **TR34569** | Dairy Market 160 Lyman St | | |
| 2. DATE          2/3/2014 | Holyoke | MA | 01040 |

**B.  INVESTIGATOR'S STATEMENT**

1.  I,  *Redacted _____ , Investigator, Food and Nutrition Service, United States Department of Agriculture, make the following statement freely and voluntarily, knowing that this statement may be used in evidence.

2.  On the above date, at about (time) ___*Redacted___ , I entered subject store. I selected the items specified in Section C below. This store has __1__ primary grocery check-out registers. __0__ (was/were) in operation at the time of purchase. At the check-out counter there ( was/were) __0__ person(s) in line ahead of me and __0__ person(s) in line behind me. The clerk sold to me the items listed in Section C 2 and 3, below at a total cost of ____$0.00____ . As the clerk rang up the transaction, the EBT card was where it could have been viewed by the clerk. I gave the clerk the EBT card and Supplemental Nutrition Assistance Program (SNAP) benefits were deducted from it by the clerk as described in Section E below. I departed the store at about ___*Redacted___ .

**OTHER COMMENTS**

TRAFFICKING: WHERE RETAILER REDEEMED $ 104.54 EBT/SNAP BENEFITS AT PRICERITE OF WESTFIELD [FNS # 0104134 - 301C E. MAIN STREET, WESTFIELD, MA 01085]; ON 02/01/2014. RETAILER REDEEMED $ 37.90 EBT/SNAP BENEFITS AT FAMILY DOLLAR [FNS # 0218231 - 39 FRANKLIN STREET, WESTFIELD, MA 01085] ON 02/01/2014. RETAILER ALSO REDEEMED $ 53.91 EBT/SNAP BENEFITS AT SAVE-A-LOT [FNS # 3619915 - 235 SOUTH STREET, HOLYOKE, MA 01040] ON 02/01/2014. TOTAL REDEEMED: $ 196.35 EBT/SNAP BENEFITS FOR $ 100.00 CASH.

TRANSACTION CONFIRMED VIA EBT ADMIN TERMINAL.

*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).
FORM FNS-413 (PAGE 1 OF 3) - (7-98) PREVIOUS EDTIONS OBSOLETE.

A.R. 73

| C. SUMMARY OF PURCHASE | | CASE NUMBER | EXHIBIT | I |
|---|---|---|---|---|
| 1. PURCHASE PRICE CHARGED BY CLERK | 0.00 | TR34569 | PAGE | 2 |

2. INELIGIBLE ITEMS

| QUANTITY AND DESCRIPTION | PRICE * |
|---|---|
| | |

3. ELIGIBLE ITEMS

| QUANTITY AND DESCRIPTION | PRICE * |
|---|---|
| | |

4. ITEMS PURCHASED WITH CASH CHANGE

| QUANTITY AND DESCRIPTION | PRICE * |
|---|---|
| | |

5. REFUSALS

| QUANTITY AND DESCRIPTION | PRICE * |
|---|---|
| | |

*NPI=No Price Indicated or Price Illegible
*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).

**FORM FNS-413 (PAGE 2 OF 3) - (7-98) PREVIOUS EDTIONS OBSOLETE.**

A.R. 74

| D. APPEARANCE OF CLERK | | | | | CASE NUMBER | | EXHIBIT |
|---|---|---|---|---|---|---|---|
| | | | | | TR34569 | | I |
| 1. SEX | 2. AGE | 3. HEIGHT RANGE | 4.WEIGHT | 5.HAIR COLOR | Result | D | PAGE      3 |
| Male | 35 - 40 | 5'5" - 5'8" | 140 - 150 | Black | | | |

| 6. OTHER IDENTIFYING INFORMATION: | 7. IDENTIFIED DURING TRANSACTION AS: (Name) |
|---|---|
| Clerk same as Exhibit C | RAJ |
| | (Title, Relationship to owner): |
| | UNKNOWN |
| | 8. MEANS OF IDENTIFICATION: |
| | CONVERSATION |

**9. DETAILS OF TRANSACTION AT THE CASH REGISTER**

APPROACHED COUNTER AND BRIEFLY DISCUSSED WEATHER. CLERK ASKED ME TO MEET HIM IN ENTRY VESTIBULE [OF STORE]. CLERK TOOK WALLET FROM REAR PANT POCKET, OPENED; AND REMOVED CASH AND EBT CARD. CLERK HANDED ME CARD AND CASH.

**E. RECORD OF BENEFITS ISSUED AND USED IN THE TRANSACTION**

**1.EBT Benefits Issued, Used and Returned**

| EBT Card Number | A. Issued Value | B. Used Value | C. Returned Value |
|---|---|---|---|
| *Redacted | $196.35 | $104.54 | $91.81 |
| *Redacted | $91.81 | $37.90 | $53.91 |
| *Redacted | $53.91 | $53.91 | $0.00 |

EBT Receipt Included?      No                    Cash Register Tape Included?  No

**2. ADDITIONAL COMMENTS**

PAGE 2 BLANK AND PURCHASE PRICE $ 0.00 AS NO MERCHANDISE WAS PURCHASED OR RECEIVED DURING TRANSACTION.

Trafficking Cash Details
$20,5,JE22697543G  2009, GL25706477B  2004A, EL02531372H  2004, IJ11330571B  2006, IG08268340B 2006

| F. CERTIFICATION | Trafficking Cash Received:        $100.00 | |
|---|---|---|
| This declaration consists of _____4_____ pages. I have signed or initialed each page. The facts stated in this declaration are true to my knowledge. If I am called to testify as a witness in my proceeding, I am competent to testify to the matters stated herein. Further declarant sayeth not. I declare under penalty of perjury the foregoing is true and correct. | 1. DATE OF REPORT | |
| | 4. INVESTIGATOR'S SIGNATURE | |
| | *Redacted | |

*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).

A.R. 75

**FORM FNS-413 (PAGE 3 OF 3) - (7-98) PREVIOUS EDITION OBSOLETE.**

| INVESTIGATIVE STATEMENT/CONTINUATION SHEET | CASE NUMBER | EXHIBIT I |
|---|---|---|
| | TR34569 | PAGE   4 |

Continued from Form 413, Page 3 of 3, Details of Transaction at the cash register:
I SAID 'I'LL HAVE MY GIRL' CARD LATER THIS WEEK WITH MORE STAMPS. YOU WANT IT?' CLERK REPLIED "YEAH." I REPLIED 'I'LL BRING IT DOWN TO YOU.' CLERK REPLIED "OK." I SAID THANKS AND LEFT WITHOUT FURTHER CONVERSATION.

**SECTION B. (Complete only if form is used to record a signed statement.)**

| SIGNATURE | SIGNATURE OF INVESTIGATOR | Date |
|---|---|---|
| *Redacted | *Redacted | |

*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).

**FORM FNS-412 (7-98) PREVIOUS EDTIONS OBSOLETE.**

| US DEPARTMENT OF AGRICULTURE - FOOD AND NUTRITION SERVICE | EXHIBIT | J |
|---|---|---|
| **TRANSACTION REPORT** | PAGE | 1 |

| A. CASE IDENTIFICATION DATA | 3. STORE NAME AND ADDRESS | | |
|---|---|---|---|
| 1. RETAILER INVESTIGATIONS BRANCH CASE IDENTIFICATION NUMBER<br><br>TR34569 | Dairy Market<br><br>160 Lyman St | | |
| 2. DATE          2/6/2014 | Holyoke | MA | 01040 |

**B. INVESTIGATOR'S STATEMENT**

1. I,  *Redacted _____ , Investigator, Food and Nutrition Service, United States Department of Agriculture, make the following statement freely and voluntarily, knowing that this statement may be used in evidence.

2. On the above date, at about (time) ___*Redacted___ , I entered subject store. I selected the items specified in Section C below. This store has ___1___ primary grocery check-out registers. ___1___ (was/were) in operation at the time of purchase. At the check-out counter there ( was/were) ___0___ person(s) in line ahead of me and ___0___ person(s) in line behind me. The clerk sold to me the items listed in Section C 2 and 3, below at a total cost of ___$3.79___ . As the clerk rang up the transaction, the EBT card was where it could have been viewed by the clerk. I gave the clerk the EBT card and Supplemental Nutrition Assistance Program (SNAP) benefits were deducted from it by the clerk as described in Section E below. I departed the store at about ___*Redacted___ .

**OTHER COMMENTS**

TIMES INDICATED IN REPORT INCLUDE INITIAL MEETING WITH CLERK #1 IN LOT, WAITING OUTSIDE OF STORE, ENTRY; AND EXIT.

*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).

FORM FNS-413 (PAGE 1 OF 3) - (7-98) PREVIOUS EDTIONS OBSOLETE.

A.R. 78

| C. SUMMARY OF PURCHASE | | CASE NUMBER | EXHIBIT | J |
|---|---|---|---|---|
| 1. PURCHASE PRICE CHARGED BY CLERK | 3.79 | TR34569 | PAGE | 2 |

2. INELIGIBLE ITEMS

| QUANTITY AND DESCRIPTION | PRICE * |
|---|---|
| | |

3. ELIGIBLE ITEMS

| QUANTITY AND DESCRIPTION | PRICE * |
|---|---|
| 1 - 1 GAL BTL GUIDA'S WHOLE MILK | NPI |

4. ITEMS PURCHASED WITH CASH CHANGE

| QUANTITY AND DESCRIPTION | PRICE * |
|---|---|
| | |

5. REFUSALS

| QUANTITY AND DESCRIPTION | PRICE * |
|---|---|
| | |

*NPI=No Price Indicated or Price Illegible
*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).

**FORM FNS-413 (PAGE 2 OF 3) - (7-98) PREVIOUS EDTIONS OBSOLETE.**

A.R. 79

| D. APPEARANCE OF CLERK | | | | | CASE NUMBER | EXHIBIT |
|---|---|---|---|---|---|---|
| 1. SEX | 2. AGE | 3. HEIGHT RANGE | 4.WEIGHT | 5.HAIR COLOR | TR34569 | J |
| Male | 35 - 40 | 5'5" - 5'8" | 140 - 150 | Black | Result      F | PAGE    3 |

| 6. OTHER IDENTIFYING INFORMATION: | 7. IDENTIFIED DURING TRANSACTION AS: (Name) |
|---|---|
| Clerk #1 same as Exhibit C > CLERK #2: MALE, 55-60, 5'9"-6'0", 240-250 LBS, GRAY HAIR. | RAJ |
| | (Title, Relationship to owner): |
| | UNKNOWN |
| | 8. MEANS OF IDENTIFICATION: |
| | CONVERSATION |

| 9. DETAILS OF TRANSACTION AT THE CASH REGISTER |
|---|

APPROACHED CLERK #1 AT HIS VEHICLE IN PARKING LOT. CLERK #1 SAID "DON'T SAY NOTHING IN FRONT OF THIS GUY" [CLERK #2]. I WALKED TO SIDEWALK AND CLERK #1 ENTERED STORE WITH CLERK #2. CLERK #2 SAID [WHILE ENTERING (TO ME)] "DON'T HANG AROUND." I CROSSED STREET AND RETURNED [ACROSS] TO ENTER STORE AT 2:08 PM.

### E. RECORD OF BENEFITS ISSUED AND USED IN THE TRANSACTION

1.EBT Benefits Issued, Used and Returned

| EBT Card Number | A. Issued Value | B. Used Value | C. Returned Value |
|---|---|---|---|
| *Redacted | $157.82 | $3.79 | $154.03 |

EBT Receipt Included?        Yes                    Cash Register Tape Included?  No

2. ADDITIONAL COMMENTS

| F. CERTIFICATION | | Trafficking Cash Received: |
|---|---|---|
| This declaration consists of ___4___ pages. I have signed or initialed each page. The facts stated in this declaration are true to my knowledge. If I am called to testify as a witness in my proceeding, I am competent to testify to the matters stated herein.<br><br>Further declarant sayeth not.<br><br>I declare under penalty of perjury the foregoing is true and correct. | | 1. DATE OF REPORT<br><br>4. INVESTIGATOR'S SIGNATURE<br><br>*Redacted |

*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).

**FORM FNS-413 (PAGE 3 OF 3) - (7-98) PREVIOUS EDITION OBSOLETE.**

| INVESTIGATIVE STATEMENT/CONTINUATION SHEET | CASE NUMBER | EXHIBIT J |
|---|---|---|
| | TR34569 | PAGE   4 |

Continued from Form 413, Page 3 of 3, Details of Transaction at the cash register:
I SELECTED ITEM AND PLACED ON COUNTER. CLERK #2 SHOOK MY HAND AND APOLOGIZED FOR HIS COMMENT OUTSIDE. I SAID 'IT'S COOL.' CLERK #2 RANG UP AND SWIPED CARD. CLERK #2 HANDED BACK CARD WITH RECEIPT. I SAID THANKS. CLERK #1 NODDED HIS HEAD TO ME AND I LEFT WITHOUT FURTHER CONVERSATION.

**SECTION B. (Complete only if form is used to record a signed statement.)**

| SIGNATURE | SIGNATURE OF INVESTIGATOR | Date |
|---|---|---|
| *Redacted | *Redacted | |

*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).

**FORM FNS-412 (7-98) PREVIOUS EDTIONS OBSOLETE.**

A.R. 81

| US DEPARTMENT OF AGRICULTURE - FOOD AND NUTRITION SERVICE | EXHIBIT | K |
|---|---|---|
| **TRANSACTION REPORT** | PAGE | 1 |

| A. CASE IDENTIFICATION DATA | 3. STORE NAME AND ADDRESS | | |
|---|---|---|---|
| 1. RETAILER INVESTIGATIONS BRANCH CASE IDENTIFICATION NUMBER TR34569 | Dairy Market 160 Lyman St | | |
| 2. DATE          2/6/2014 | Holyoke | MA | 01040 |

## B.  INVESTIGATOR'S STATEMENT

1.  I,  *Redacted _____, Investigator, Food and Nutrition Service, United States Department of Agriculture, make the following statement freely and voluntarily, knowing that this statement may be used in evidence.

2.  On the above date, at about (time)   *Redacted , I entered subject store.  I selected the items specified in Section C below.  This store has    1    primary grocery check-out registers.    0    (was/were) in operation at the time of purchase.  At the check-out counter there ( was/were)    0    person(s) in line ahead of me and    0    person(s) in line behind me.  The clerk sold to me the items listed in Section C 2 and 3, below at a total cost of     $0.00    .  As the clerk rang up the transaction, the EBT card was where it could have been  viewed by the clerk. I gave the clerk the EBT card and Supplemental Nutrition Assistance Program (SNAP) benefits were deducted from it by the clerk as described in Section E below. I departed the store at about    *Redacted   .

OTHER COMMENTS

*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).

**FORM FNS-413 (PAGE 1 OF 3) - (7-98) PREVIOUS EDTIONS OBSOLETE.**

A.R. 82

| C. SUMMARY OF PURCHASE | | CASE NUMBER | EXHIBIT | K |
|---|---|---|---|---|
| 1. PURCHASE PRICE CHARGED BY CLERK | 0.00 | TR34569 | PAGE | 2 |

2. INELIGIBLE ITEMS

| QUANTITY AND DESCRIPTION | PRICE * |
|---|---|
| | |

3. ELIGIBLE ITEMS

| QUANTITY AND DESCRIPTION | PRICE * |
|---|---|
| | |

4. ITEMS PURCHASED WITH CASH CHANGE

| QUANTITY AND DESCRIPTION | PRICE * |
|---|---|
| | |

5. REFUSALS

| QUANTITY AND DESCRIPTION | PRICE * |
|---|---|
| | |

*NPI=No Price Indicated or Price Illegible
*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).

**FORM FNS-413 (PAGE 2 OF 3) - (7-98) PREVIOUS EDTIONS OBSOLETE.**

A.R. 83

| D. APPEARANCE OF CLERK | | | | | CASE NUMBER | | EXHIBIT |
|---|---|---|---|---|---|---|---|
| | | | | | TR34569 | | K |
| 1. SEX | 2. AGE | 3. HEIGHT RANGE | 4.WEIGHT | 5.HAIR COLOR | Result | F | PAGE 3 |
| Male | 35 - 40 | 5'5" - 5'8" | 140 - 150 | Black | | | |

| 6. OTHER IDENTIFYING INFORMATION: | 7. IDENTIFIED DURING TRANSACTION AS: (Name) |
|---|---|
| Clerk same as Exhibit C | RAJ |
| | (Title, Relationship to owner): |
| | UNKNOWN |
| | 8. MEANS OF IDENTIFICATION: |
| | CONVERSATION |

**9. DETAILS OF TRANSACTION AT THE CASH REGISTER**

ENTERED STORE AND CLERK ASKED ME TO MEET HIM IN ENTRY VESTIBULE. ONCE IN VESTIBULE, CLERK SAID "SORRY ABOUT THAT" [REF. CLERK EXH J]. I SAID 'NO PROBLEM.'

**E. RECORD OF BENEFITS ISSUED AND USED IN THE TRANSACTION**

**1.EBT Benefits Issued, Used and Returned**

| EBT Card Number | A. Issued Value | B. Used Value | C. Returned Value |
|---|---|---|---|
| *Redacted | $395.09 | $0.00 | $395.09 |

EBT Receipt Included?     No          Cash Register Tape Included?  No

**2. ADDITIONAL COMMENTS**

PAGE 2 BLANK AND PURCHASE PRICE $ 0.00 AS NO MERCHANDISE WAS PURCHASED OR RECEIVED DURING TRANSACTION.

| F. CERTIFICATION | Trafficking Cash Received: | |
|---|---|---|
| This declaration consists of _____4_____ pages. I have signed or initialed each page. The facts stated in this declaration are true to my knowledge. If I am called to testify as a witness in my proceeding, I am competent to testify to the matters stated herein. Further declarant sayeth not. I declare under penalty of perjury the foregoing is true and correct. | 1. DATE OF REPORT | |
| | 4. INVESTIGATOR'S SIGNATURE | |
| | *Redacted | |

*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).

**FORM FNS-413 (PAGE 3 OF 3) - (7-98) PREVIOUS EDITION OBSOLETE.**

A.R. 84

| INVESTIGATIVE STATEMENT/CONTINUATION SHEET | CASE NUMBER | EXHIBIT K |
|---|---|---|
| | TR34569 | PAGE    4 |

Continued from Form 413, Page 3 of 3, Details of Transaction at the cash register:
CLERK TOOK EBT CARD AND ASKED "HOW MUCH?" I ASKED 'CAN YOU DO $ 300.00?' CLERK SAID "WHATCHA GOT ON IT?" I REPLIED 'LIKE $ 380.00 I THINK.' CLERK REPLIED "I DO. GIVE ME A COUPLE DAYS." I SAID ;NO PROBLEM.' CLERK ASKED FOR TELEPHONE NUMBER, WHICH HE WROTE DOWN. CLERK SHOOK MY HAND. I SAID THANKS AND LEFT WITHOUT FURTHER CONVERSATION.

**SECTION B. (Complete only if form is used to record a signed statement.)**

| SIGNATURE | SIGNATURE OF INVESTIGATOR | Date |
|---|---|---|
| *Redacted | *Redacted | |

*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).

FORM FNS-412 (7-98) PREVIOUS EDTIONS OBSOLETE.

| US DEPARTMENT OF AGRICULTURE - FOOD AND NUTRITION SERVICE | EXHIBIT | L |
|---|---|---|
| **TRANSACTION REPORT** | PAGE | 1 |

| A. CASE IDENTIFICATION DATA | 3. STORE NAME AND ADDRESS | | |
|---|---|---|---|
| 1. RETAILER INVESTIGATIONS BRANCH  CASE IDENTIFICATION NUMBER  **TR34569** | Dairy Market  160 Lyman St | | |
| 2. DATE          2/10/2014 | Holyoke | MA | 01040 |

**B. INVESTIGATOR'S STATEMENT**

1. I, *Redacted _____, Investigator, Food and Nutrition Service, United States Department of Agriculture, make the following statement freely and voluntarily, knowing that this statement may be used in evidence.

2. On the above date, at about (time) *Redacted , I entered subject store. I selected the items specified in Section C below. This store has __1__ primary grocery check-out registers. __0__ (was/were) in operation at the time of purchase. At the check-out counter there ( was/were) __0__ person(s) in line ahead of me and __0__ person(s) in line behind me. The clerk sold to me the items listed in Section C 2 and 3, below at a total cost of __$1.70__. As the clerk rang up the transaction, the EBT card was where it could have been viewed by the clerk. I gave the clerk the EBT card and Supplemental Nutrition Assistance Program (SNAP) benefits were deducted from it by the clerk as described in Section E below. I departed the store at about *Redacted .

**OTHER COMMENTS**

TRAFFICKING: WHERE RETAILER REDEEMED $ 49.97 EBT/SNAP BENEFITS AT STOP & SHOP [FNS # 4335783 - 57 MAIN STREET, WESTFIELD, MA 01085]; ON 02/07/2014. RETAILER REDEEMED $ 90.72 EBT/SNAP BENEFITS AT WALMART [FNS # 0006252 - 141 SPRINGFIELD ROAD, WESTFIELD, MA 01085] ON 02/08/2014. RETAILER REDEEMED $ 41.00 EBT/SNAP BENEFITS AT FAMILY DOLLAR [FNS # 0218231 - 39 FRANKLIN STREET, WESTFIELD, MA 01085] ON 02/08/2014. RETAILER REDEEMED $ 8.83 EBT/SNAP BENEFITS AT STOP & SHOP [FNS # 4335783 - 57 MAIN STREET, WESTFIELD, MA 01085] ON 02/08/2014. RETAILER REDEEMED $ 4.75 EBT/SNAP BENEFITS AT DAIRY MARKET ON 02/08/2014. RETAILER REDEEMED $ 129.05 EBT/SNAP BENEFITS AT PRICERITE [FNS # 5143098 - 1600 MEMORIAL DRIVE, CHICOPEE, MA 01020] ON 02/09/2014. RETAILER THEN REDEEMED $ 70.77 EBT/SNAP BENEFITS AT WALMART [FNS # 0006252 - 1415 SPRINGFIELD ROAD, WESTFIELD, MA 01085 ON 02/10/2014.

*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).
**FORM FNS-413 (PAGE 1 OF 3) - (7-98) PREVIOUS EDTIONS OBSOLETE.**

A.R. 86

| C. SUMMARY OF PURCHASE | | CASE NUMBER | EXHIBIT | L |
|---|---|---|---|---|
| 1. PURCHASE PRICE CHARGED BY CLERK | 1.70 | TR34569 | PAGE | 2 |

2. INELIGIBLE ITEMS

| QUANTITY AND DESCRIPTION | PRICE * |
|---|---|
| | |

3. ELIGIBLE ITEMS

| QUANTITY AND DESCRIPTION | PRICE * |
|---|---|
| 1 - 20 OZ BTL ORANGE GATORADE | NPI |

4. ITEMS PURCHASED WITH CASH CHANGE

| QUANTITY AND DESCRIPTION | PRICE * |
|---|---|
| | |

5. REFUSALS

| QUANTITY AND DESCRIPTION | PRICE * |
|---|---|
| | |

*NPI=No Price Indicated or Price Illegible
*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).

**FORM FNS-413 (PAGE 2 OF 3) - (7-98) PREVIOUS EDTIONS OBSOLETE.**

| D. APPEARANCE OF CLERK | | | | | CASE NUMBER | | EXHIBIT |
|---|---|---|---|---|---|---|---|
| | | | | | TR34569 | | L |
| 1. SEX | 2. AGE | 3. HEIGHT RANGE | 4.WEIGHT | 5.HAIR COLOR | Result | D | PAGE  3 |
| Male | 55 - 60 | 5'9" - 6' | 240 - 250 | Graying | | | |

| 6. OTHER IDENTIFYING INFORMATION: | 7. IDENTIFIED DURING TRANSACTION AS: (Name) |
|---|---|
| SAME CLERK AS EXH J # 2 > CLERK #2: MALE, SAME AS EXH. C | #2 - RAJ |
| | (Title, Relationship to owner): |
| | UNKNOWN |
| | 8. MEANS OF IDENTIFICATION: |
| | #2 - EXHIBIT C |

**9. DETAILS OF TRANSACTION AT THE CASH REGISTER**

PLACED ITEM ON COUNTER. CLERK #1 MENTALLY ADDED UP ITEM AND SWIPED CARD. CLERK #1 HANDED BACK CARD WITH RECEIPT. I SAID THANKS AND STEPPED OUTSIDE FRONT OF STORE. I RE-ENTERED STORE AT 2:17 PM AND CLERK #2 ASKED ME TO WAIT IN ENTRY VESTIBULE. CLERK #2 HANDED ME CARD AND CASH. I SAID THANKS AND LEFT WITHOUT FURTHER CONVERSATION.

**E. RECORD OF BENEFITS ISSUED AND USED IN THE TRANSACTION**

**1.EBT Benefits Issued, Used and Returned**

| EBT Card Number | A. Issued Value | B. Used Value | C. Returned Value |
|---|---|---|---|
| *Redacted | $154.03 | $1.70 | $152.33 |
| *Redacted | $395.09 | $49.97 | $345.12 |
| *Redacted | $345.12 | $90.72 | $254.40 |
| *Redacted | $254.40 | $41.00 | $213.40 |
| *Redacted | $213.40 | $8.83 | $204.57 |
| *Redacted | $204.57 | $4.75 | $199.82 |
| *Redacted | $199.82 | $129.05 | $70.77 |
| *Redacted | $70.77 | $70.77 | $0.00 |

EBT Receipt Included?     Yes                     Cash Register Tape Included?  No

**2. ADDITIONAL COMMENTS**

Trafficking Cash Details
$20,10,JK66742806B  1009, JA65643112A  2009, IC34760132C  2006, IC20153677C  2006, IG86179702A 2006, IE88415274D  2006, JF40194324C  2009, IA85610327A  2006, IG40313003C  2006, IF76822458F  2006

| F. CERTIFICATION | Trafficking Cash Received: | $200.00 |
|---|---|---|

A.R. 88

| | |
|---|---|
| This declaration consists of ___4___ pages. I have signed or initialed each page. The facts stated in this declaration are true to my knowledge. If I am called to testify as a witness in my proceeding, I am competent to testify to the matters stated herein.<br><br>Further declarant sayeth not.<br><br>I declare under penalty of perjury the foregoing is true and correct. | 1. DATE OF REPORT<br><br>4. INVESTIGATOR'S SIGNATURE<br><br>*Redacted |

*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).

**FORM FNS-413 (PAGE 3 OF 3) - (7-98) PREVIOUS EDITION OBSOLETE.**

A.R. 89

| INVESTIGATIVE STATEMENT/CONTINUATION SHEET | CASE NUMBER | EXHIBIT L |
|---|---|---|
| | TR34569 | PAGE    4 |

Continued from Form 413, Page 1 of 3, Other Comments:
TOTAL REDEEMED: $ 395.09 EBT/SNAP BENEFITS FOR $ 200.00 CASH.

TRANSACTION CONFIRMED VIA EBT ADMIN TERMINAL.

TIMES INDICATED COVER INTITIAL ENTRY/EXIT, RE-ENTRY; AND FINAL EXIT.

---

**SECTION B. (Complete only if form is used to record a signed statement.)**

| SIGNATURE | SIGNATURE OF INVESTIGATOR | Date |
|---|---|---|
| *Redacted | *Redacted | |

*Redacted - MATERIAL DELETED PURSUANT TO 5 U.S.C SECTION 552(b) (6) and 552(b) (7) (C).

FORM FNS-412 (7-98) PREVIOUS EDTIONS OBSOLETE.

**Garrett, Jaime - FNS**

| | |
|---|---|
| **From:** | UPS Quantum View [auto-notify@ups.com] |
| **Sent:** | Wednesday, May 21, 2014 10:36 AM |
| **To:** | Ahmed, Arif |
| **Subject:** | UPS Delivery Notification, Tracking Number 1Z7955RR2493013898 |



UPS My Choice® can help you avoid missed home deliveries.

Learn More

TIRED OF GETTING THIS?
UPS MY CHOICE™
► Sign up now

***Do not reply to this e-mail. UPS and United States Dept. of Agriculture will not receive your reply.

**At the request of United States Dept. of Agriculture, this notice is to confirm that the following shipment has been delivered.**

**Important Delivery Information**

**Tracking Number:**   1Z7955RR2493013898
**Delivery Date / Time:** 21-May-2014 / 10:17 AM

**Delivery Location:** FRONT DESK
**Signed by:** PATEL

**Shipment Detail**

**Ship To:**
Irfan Kashif
Dairy Market
160 LYMAN ST
HOLYOKE
MA
01040
US
**Number of Packages:** 1
**UPS Service:**       NEXT DAY AIR
**Shipment Type:**    Letter

© 2014 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.

A.R. 91

# DUNN & WILSON
## ATTORNEYS AT LAW
98 Lower Westfield Road, 3rd Floor
Holyoke, MA 01040
TELEPHONE: (413) 533-6800
FACSIMILE: (413) 533-1468

Martin J. Dunn                                                                Thomas N. Wilson

May 29, 2014

MAY 30 AM10:22

**BY FEDERAL EXPRESS ONLY**

Mr. Arif Ahmed
USDA, Food and Nutrition Service
201 Verick Street, Room 609
New York, New York 10014-7066

Re:    Irfan Kashif
Store location: 160 Lyman Street, Holyoke, MA 01040

Dear Mr. Ahmed:

Please be advised that Irfan Kashif d/b/a Dairy Mart located at 160 Lyman Street, Holyoke, MA has consulted with and retained this office with regard to a notice of violations that your office sent to him on May 20, 2014.

In response to your letter, my client requests a civil money penalty (CMP) as described in Section 278.6 of the Supplemental Nutrition Assistance Program (SNAP). In mitigation, the SNAP investigative report clearly shows that it only one employee whose name was Yasir Hussain of 45 Daylor Avenue, Westfield, MA 01085 engaged in the "trafficking". Neither the owner's name nor his description was mentioned by the investigators. The only other employee mentioned did not "traffic". In fact, the illegal transactions took place not in the store but in Westfield, MA. Upon Mr. Kashif's receipt of the SNAP letter, he fired Hussain. Mr. Hussain worked at the store for only eight (8) months.

My client has had a policy of training his employees on how to conduct the EBT/Food Stamps transactions. He trained his employees personally. Due to these incidents, he has instituted a system whereby a receipt for each EBT/Food Stamps transaction has to match cash register receipt. He has had security cameras in his store to prevent being robbed and shoplifting but the cameras video will now tape the register and EBT/Food Stamp transactions. In the next several months, he hopes to install a new point of sale system. Mr. Kashif is now spending more time in this store. He will be conducting spot audit of EBT Food Stamp transactions that his employees conduct.

A.R. 92

The store is in a very poor area of the poorest city in the Commopnwealth of Massachusetts. Many customers arc able to walk to the store. It also services a low income housing project as well an elderly housing tower. The loss of EBT/Food Stamps would be devestating to not only the store but also the entire neighborhood. This store does a great amount of "walk up" business due to its centrality in this area. Many residents of Downtown Holyoke have come to rely upon this store as part of their daily routine. Many others use this location to purchase milk bread and other necessities. This store is not cash gold mine .The poverty in the area does not lend itself to having large amounts of cash. My client will have to pay the CMP of $40,140.00 over time.

My client has never had a violation in this store or any other stores he has been involved in. He runs a tight ship. The perpetrator of these violations performed these acts while Mr. Kashif was not in the store. According to the SNAP regulations, these violations constitute a per se failure of supervision. Again it is important to note that the "trafficking" occurred when Mr. Hussein was alone in the store. However, Mr. Kashif is a very "hands on" employer. Mr. Hussein had to wait for a time when he was alone in the store to break the law. He knew that Mr. Kashif would have no part in any illegality.

Again, on behalf of my client, I ask for your consideration in granting my client the CMP and that you will allow my client to pay this off over time.

Your consideration is greatly appreciated. If you have any questions, please contact me at once.

Very truly yours,

MAY 30 AM10:22

Thomas N. Wilson

TNW/car
Cc: Irfan Kashif

A.R. 93

**Criteria: Include Store Types: Combination Grocery/Other, Convenience Store, Large Grocery Store, Military Commissary, Medium Grocery Store, Small Grocery Store, Supermarket, Super Store; Within 1.00**

Local Area Map for FNS Number: 0088530 - Dairy Market

| Map Point | FNS Number | Store Name | Store Type | Dollar Volume | Distance (miles) |
|---|---|---|---|---|---|
| 1 | 0088530 | Dairy Market | CS | $6,784.51 | 0 |
| 2 | 4902378 | CORNER'S DELIGHT | CS | $2,302.43 | 0.04 |
| 3 | 0252830 | Dollar Plus Home Decor | CS | $65.72 | 0.05 |
| 4 | 0438534 | Bodega 24, LLC | CS | $6,535.03 | 0.08 |
| 5 | 0287007 | La Favorita Mini Market | CS | $6,807.24 | 0.1 |
| 6 | 0364805 | Easy Pick Convenience | CS | $6,124.47 | 0.18 |
| 7 | 0340283 | The Zruc LLC | MG | $16,618.96 | 0.26 |
| 8 | 0454369 | Best Price Mini Mart | CS | $10,034.63 | 0.29 |
| 9 | 0458219 | TND Court Deli Mart | CS | $0.00 | 0.29 |
| 10 | 0449027 | One Stop Liquor | CS | $497.75 | 0.36 |
| 11 | 0440609 | Betty Grocery & Restaurant Corp | CS | $371.86 | 0.37 |
| 12 | 0122871 | Las Chicas Market | SG | $6,763.33 | 0.4 |
| 13 | 3680746 | OLD SAN JUAN BAKERY INC., | CO | $14,382.18 | 0.43 |
| 14 | 0170734 | Dwight Market | CS | $18,848.25 | 0.46 |
| 15 | 0258609 | Sabrosura Supermarket | LG | $102,973.79 | 0.46 |
| 16 | 0176124 | Borinquen Mini Market | CS | $1,030.05 | 0.48 |
| 17 | 3516067 | APPLETON MARKET | CS | $20,902.73 | 0.51 |
| 18 | 3726584 | FLAT'S MARKET | MG | $26,839.48 | 0.52 |
| 19 | 0440766 | Riz Corporation | MG | $4,738.90 | 0.55 |
| 20 | 0350015 | Mayimbe Grocery | SG | $15,287.34 | 0.58 |
| 21 | 0035336 | ARCHIES MINI MART | MG | $6,746.98 | 0.59 |
| 22 | 0218234 | Family Dollar 2579 | CO | $18,113.36 | 0.64 |
| 23 | 0260859 | Racing Mart | CS | $9,070.02 | 0.65 |
| 24 | 4820991 | SUPER STOP & SHOP  009 | SM | $224,105.24 | 0.7 |
| 25 | 0447335 | Holyork Market | CS | $595.01 | 0.72 |
| 26 | 0432241 | Almonte Market & Deli II Inc | CS | $6,684.68 | 0.75 |
| 27 | 0403358 | Holyoke Mini Mart | SG | $5,556.97 | 0.76 |
| 28 | 0080441 | 7-ELEVEN 22398A | CS | $5,222.06 | 0.76 |
| 29 | 0030044 | MANNY'S MARKET | MG | $18,294.83 | 0.78 |
| 30 | 5720206 | LA SEGUNDA FOOD CORP | SS | $180,123.18 | 0.82 |
| 31 | 0105269 | Quik Stop Food Mart | CS | $6,901.95 | 0.82 |
| 32 | 5637805 | ALMONTE MARKET | MG | $15,681.85 | 0.83 |
| 33 | 0258185 | M&M Mini Mart | CS | $5,671.19 | 0.84 |
| 34 | 0369261 | M & M Mini Mart 2 | CS | $0.00 | 0.86 |
| 35 | 0223262 | CVS Pharmacy 2071 | CO | $11,156.06 | 0.89 |
| 36 | 0461123 | Racing Mart Fuels | CS | $0.00 | 0.91 |
| 37 | 0162266 | Tonys Grocery | SG | $3,726.41 | 0.94 |
| 38 | 5991331 | FRIENDLY VARIETY STORE | CS | $5,256.42 | 0.98 |

June 5, 2014 – June 13, 2014

# Sanction Recommendation

| | |
|---|---|
| **FNS #:** | 0088530 |
| **Store Name:** | Dairy Market |
| **Owner's Name(s):** | Irfan Kashif |
| **Program Specialist:** | Arif Ahmed |
| **Section Chief:** | Gilda Torres |
| **Recommendation:** | Permanent Disqualification |

**Date(s) and method of Retailer's Response to Charge Letter:**

May 30, 2014 – Received a letter of authorization and a reply to our charge letter from the attorney.

**Summary of Retailer's Response:**

On May 30, 2014 retailer, Mr. Irfan Kashif notified us via fax of retaining Attorney, Mr. Thomas Wilson as their legal counsel to represent him before USDA in response to our charge letter. Attorney's reply to our charge letter was also received on the same day. On behalf of Mr. Irfan Kashif the attorney, Mr. Wilson requested for CMP in lieu of disqualification. He argued that the employee Yasir Hussain was the only employee involved in trafficking; the other employee was not involved. The attorney further stated that the incident took place outside the store. The same employee was fired immediately upon receiving our charge letter.

Attorney said that his client has a policy of training people on EBT transactions and the employees were trained by the owner personally. Because of this incident Mr. Kashif instituted a system whereby a receipt for each EBT transaction has to match with cash register receipt; the security cameras that were originally installed for the purpose of robbery and shop lifting are now set to include cash register transactions as well. Mr. Kashif is now spending more time in this store. He will be conducting spot audit of EBT transactions.

Attorney's reply also stated that the store is located in the poorest city of MA. This store serves low income housing projects and an elderly housing tower, for many customers the store is conveniently located within a walking distance. This disqualification will be devastating not only to the store but also for the neighborhood. Many residents come from downtown area to buy milk, bread, and other items. This store is not cash gold mine. The poverty in the area does not lend itself to having large amounts of cash. His client will have to pay the CMP of $40,140.00 over time.

Attorney also claimed that there was no previous violation in this store or in any other store that the owner was involved in. The perpetrator acted alone while the owner was not in the store. The attorney said according to the SNAP regulations, these violations constitute a per se failure of supervision. The attorney reiterate that the "trafficking" occurred when the perpetrator was alone in the store and he took the advantage when the owner was away and committed this violation.

A.R. 95