June 5, 2014 – June 13, 2014

The attorney, on behalf of the owner, requested us for granting his client the CMP and that we allow him to pay this amount over time.

**FNS Response:**

The violation noted in the charge letter were conducted in a RIB investigation and consisted of 12 transactions conducted by 1 clerks involving accepting SNAP benefits in 4 transactions in exchange for cash, which, in addition to eligible foods, included common ineligible non-food items. The transactions are described below:

Exhibit E – (clerk 2) Trafficked $106.13 in EBT/SNAP benefits in exchange for $50.00 cash
Exhibit H – (clerk 2) Trafficked $149.91 in EBT/SNAP benefits in exchange for $75.00 cash
Exhibit I – (clerk 2) Trafficked $196.35 in EBT/SNAP benefits in exchange for $100.00 cash
Exhibit L – (clerk 2) Trafficked $395.09 in EBT/SNAP benefits in exchange for $200.00 cash

The Attorney did not refute the violations stated in the charge letter rather stated that the violations that occurred at the store during the investigation period were committed by an employee, Mr. Yasir Hussain, during the absence of the owner.

This contention implicitly infers that any program violations which may have occurred would have been handled by an employee rather than by the owner. This implied contention cannot be accepted as a valid basis for dismissing any of the charges, or for mitigating the impact of those charges. Even if it was not the owner who violated program regulations, as the owner of the store, the owner is liable for all violative transactions handled by store personnel. Regardless of whom the ownership of a store may utilize to handle store business, ownership is accountable for the proper handling of SNAP benefit transactions. The regulations establish that an authorized food store may be disqualified from participating in the program when the store fails to comply with the Act or regulations because of the wrongful conduct of an owner, manager, or someone acting on their behalf. The Appellant's implied contention is that he was not involved in nor he knew or approve of any violations of program regulations at the store cannot be accepted as a valid basis for diminishing the penalty. To allow store ownership to disclaim accountability for the acts of persons whom the ownership chooses to utilize to handle store business would render virtually meaningless the enforcement provisions of the Food and Nutrition Act and the enforcement efforts of the USDA.

The Appellant contends that he has taken actions to ensure no further SNAP violations in the future, he: fired the employee who was engaged in trafficking; will spend more time at the store supervising employees; further enhanced and implemented security cameras recording to include cash register transaction to prevent SNAP violations from occurring the store.

With regard to this contention, it is important to clarify for the record that the purpose of this review is to either validate or to invalidate the earlier determination of the Retailer Operations Division. This review is limited to what circumstances existed at the time that was the basis of the Retailer Operations Division's action. It is not the authority of this review to consider what subsequent remedial actions may be planned so that a store may begin to comply with program requirements. There is no provision in the SNAP regulations or internal agency policy directives for waiver or reduction of an administrative penalty assessment on the basis of after-the-fact

corrective action implemented subsequent to investigative findings of program violations. Therefore, the Appellant's contention that he has taken corrective actions, though they would have been valuable towards preventing future program violations, does not provide any valid basis for dismissing the charges or for mitigating the penalty imposed.

The Appellant is requesting FNS imposing CMP in lieu of a permanent SNAP disqualification as he is establishing and implementing new program to include register transaction in the video recording to prevent SNAP violations from occurring at the store.

There is a provision at 7 CFR 278.6(i) for the imposition of a trafficking civil money penalty (TCMP) in lieu of a permanent disqualification for trafficking if the retail store establishes that there was an effective compliance policy and training program and that both were in effect and implemented prior to the occurrence of violations. The Appellant was advised of this provision in the Charge Letter of May 20, 2014 which also advised that documentation of eligibility for that alternative sanction was to be substantial, in accordance with the *four criteria detailed in the referenced regulation* and must be provided within a specific time limit (i.e., within ten days of the receipt of the Charge Letter). If the Appellant's request and the required documentation are not submitted on time, he will lose his right for any further consideration for a TCMP. However, the Appellant did not provide substantial evidence that sufficiently demonstrate that the store had established and implemented an effective compliance policy and program that were in operation prior to the alleged violations. Therefore, the request for CMP in lieu of a permanent disqualification is not appropriate.

Appellant stated that the owner never had a violation in this store nor any other stores he has been involved in.

With regards to this contention, it should be noted here that there is no provisions in the SNAP regulations or policy directives for a waiver or reduction in penalty based on a first time violation for a firm or to allow another opportunity to the firm before a penalty is given.

**Hardship CMP Consideration: Ineligible**

Dairy Market is a convenience store located in Holyoke, MA. Per ALERT mapping tool, there are a total of 37 authorized stores located within 1 mile of the subject store that includes 3 combination stores, 21 convenience stores, 1 large grocery store, 6 medium grocery stores, 4 small grocery stores, 1 supermarket, and 1 superstore. The subject stores disqualification would not cause a hardship for SNAP households due to numerous comparable stores within a 1 mile radius.

June 5, 2014 – June 13, 2014

| Map Point | FNS Number | Store Name | Store Type | Dollar Volume | Distance (miles) |
|---|---|---|---|---|---|
| 1 | 0088530 | Dairy Market | CS | $6,784.51 | 0 |
| 2 | 4902378 | CORNER'S DELIGHT | CS | $2,302.43 | 0.04 |
| 3 | 0252830 | Dollar Plus Home Decor | CS | $65.72 | 0.05 |
| 4 | 0438534 | Bodega 24, LLC | CS | $6,535.03 | 0.08 |
| 5 | 0287007 | La Favorita Mini Market | CS | $6,807.24 | 0.1 |
| 6 | 0364805 | Easy Pick Convenience | CS | $6,124.47 | 0.18 |
| 7 | 0340283 | The Zruc LLC | MG | $16,618.96 | 0.26 |
| 8 | 0454369 | Best Price Mini Mart | CS | $10,034.63 | 0.29 |
| 9 | 0458219 | TND Court Deli Mart | CS | $0.00 | 0.29 |
| 10 | 0449027 | One Stop Liquor | CS | $497.75 | 0.36 |
| 11 | 0440609 | Betty Grocery & Restaurant Corp | CS | $371.86 | 0.37 |
| 12 | 0122871 | Las Chicas Market | SG | $6,763.33 | 0.4 |
| 13 | 3680746 | OLD SAN JUAN BAKERY INC., | CO | $14,382.18 | 0.43 |
| 14 | 0170734 | Dwight Market | CS | $18,848.25 | 0.46 |
| 15 | 0258609 | Sabrosura Supermarket | LG | $102,973.79 | 0.46 |
| 16 | 0176124 | Borinquen Mini Market | CS | $1,030.05 | 0.48 |
| 17 | 3516067 | APPLETON MARKET | CS | $20,902.73 | 0.51 |
| 18 | 3726584 | FLAT'S MARKET | MG | $26,839.48 | 0.52 |
| 19 | 0440766 | Riz Corporation | MG | $4,738.90 | 0.55 |
| 20 | 0350015 | Mayimbe Grocery | SG | $15,287.34 | 0.58 |
| 21 | 0035336 | ARCHIES MINI MART | MG | $6,746.98 | 0.59 |
| 22 | 0218234 | Family Dollar 2579 | CO | $18,113.36 | 0.64 |
| 23 | 0260859 | Racing Mart | CS | $9,070.02 | 0.65 |
| 24 | 4820991 | SUPER STOP & SHOP 009 | SM | $224,105.24 | 0.7 |
| 25 | 0447335 | Holyork Market | CS | $595.01 | 0.72 |
| 26 | 0432241 | Almonte Market & Deli II Inc | CS | $6,684.68 | 0.75 |
| 27 | 0403358 | Holyoke Mini Mart | SG | $5,556.97 | 0.76 |
| 28 | 0080441 | 7-ELEVEN 22398A | CS | $5,222.06 | 0.76 |
| 29 | 0030044 | MANNY'S MARKET | MG | $18,294.83 | 0.78 |
| 30 | 5720206 | LA SEGUNDA FOOD CORP | SS | $180,123.18 | 0.82 |
| 31 | 0105269 | Quik Stop Food Mart | CS | $6,901.95 | 0.82 |
| 32 | 5637805 | ALMONTE MARKET | MG | $15,681.85 | 0.83 |
| 33 | 0258185 | M&M Mini Mart | CS | $5,671.19 | 0.84 |
| 34 | 0369261 | M & M Mini Mart 2 | CS | $0.00 | 0.86 |
| 35 | 0223262 | CVS Pharmacy 2071 | CO | $11,156.06 | 0.89 |
| 36 | 0461123 | Racing Mart Fuels | CS | $0.00 | 0.91 |
| 37 | 0162266 | Tonys Grocery | SG | $3,726.41 | 0.94 |
| 38 | 5991331 | FRIENDLY VARIETY STORE | CS | $5,256.42 | 0.98 |

June 5, 2014 – June 13, 2014

**Request for Trafficking CMP:**  [NA]

The attorney requested for TCMP but failed to provide substantial evidence to fulfill each of the following criteria of SNAP Regulation 278.6(i):

**Criterion 1:** The firm shall have developed an effective compliance policy;

**Criterion 2:** The firm shall have established that both its compliance policy and program were in operation at the location where the violations occurred prior to the occurrence of violations cited in the charge letter sent to the firm;

**Criterion 3:** The firm shall have developed and instituted an effective personnel training program as specified in section 278(1) (2) of the regulations;

**Criterion 4:** Firm ownership was not aware of, did not approve, did not benefit from, or was not in any way involved in the conduct or approval of trafficking violations. Or it is the first occasion in which a member of firm management was aware of, approved, benefited from, or was involved in the conduct of any trafficking violations by the firm.

Therefore, the firm is not eligible for TCMP.

**Conclusion:**

Dairy Market received FNS charge letter on May 22, 2014 charging the firm with trafficking cash from November 2013 through February 2014. The Appellant did not refute the violations levied against the store. There are numerous comparable authorized stores within 1 mile of the subject store.  Trafficking is considered an egregious violation of SNAP regulations; the prescribed penalty for any trafficking violation is permanent disqualification.  Section 278.6(e) (1) states that a firm shall be disqualified permanently if personnel of the firm have trafficked. Therefore, it is our conclusion that the firm should be permanently disqualified based on the RIB investigation.



**United States Department of Agriculture**
Food and Nutrition Service
Supplemental Nutrition Assistance Program

June 11, 2014

Thomas Wilson, Attorney
98 Lower Westfield Road, 3rd Floor
Holyoke, MA 01040

RE: Dairy Market
160 Lyman St
Holyoke, MA 01040

Dear Sir or Madam:

Consideration has been given to the information and evidence available to us relating to our letter of charges dated May 20, 2014, to which you did not reply. We find that the violations cited in our charge letter occurred at your firm.

We considered your eligibility for a trafficking civil money penalty (CMP) according to the terms of Section 278.6(i) of the Supplemental Nutrition Assistance Program (SNAP) regulations. We have determined that you are not eligible for the CMP because you failed to submit sufficient evidence to demonstrate that your firm had established and implemented an effective compliance policy and program to prevent violations of the Supplemental Nutrition Assistance Program.

Therefore, your firm shall be permanently disqualified from the Supplemental Nutrition Assistance Program, effective upon receipt of this letter. This is in accordance with Section 278.6(c) and 278.6(e)(1) of the SNAP regulations.

This determination will be final unless you submit a written request for review to the Chief, Administrative Review Branch, USDA, FNS, 3101 Park Center Drive, Room 438, Alexandria, Virginia 22302. Your request for review must be postmarked by midnight of the 10th calendar day after you receive this letter, in order to be considered timely. If the 10th calendar day of the period for requesting review falls on a Saturday, Sunday or legal (Federal) holiday, as specified in Section 279.2(c) of the SNAP regulations, a request for review will be timely if it is postmarked the next day which is not a Saturday, Sunday or legal (Federal) holiday. The rules governing your review rights are contained in Section 278.6(n) and Part 279 of the SNAP regulations.

During this review process, you may not accept SNAP benefits until a decision is rendered. If the permanent disqualification of your firm is later reversed through administrative or judicial review, USDA shall not be liable for the value of any sales lost during the period of disqualification you served (SNAP regulations Section 278.6(c)).

This determination shall not preclude the Department of Agriculture or any other agency or department of the United States from taking further action to collect any claim determined under the SNAP regulations or under any other pertinent statutes or regulations, nor shall this determination preclude prosecution under any applicable laws.

Your Electronic Benefit Transfer (EBT) processor will be advised to disable your EBT connection. Your EBT machine should be returned to your EBT vendor. If you accept SNAP benefits after the effective date of disqualification, you will be subject to a monetary fine per Section 278.6(m) of the SNAP regulations and possible prosecution under applicable laws.

If you are an authorized vendor under the Special Supplemental Nutrition Program for Women, Infants, and Children (WIC), you may be disqualified from the WIC Program as a result of your disqualification from the SNAP. In accordance with current law governing both the SNAP and the WIC Program, such a WIC Program disqualification is not subject to administrative or judicial review under the WIC Program. A CMP from the Supplemental Nutrition Assistance Program may also result in a WIC Program disqualification, but such a disqualification would be subject to administrative and/or judicial review.

In the event that you sell or transfer ownership of your store subsequent to your disqualification, you will be subject to and liable for a CMP as provided by SNAP regulations Sections 278.6(f)(2), (3), and (4). The amount of this sale or transfer CMP will be calculated based on SNAP regulations at 278.6(g).

We may disclose information to the public when a retailer has been disqualified or otherwise sanctioned for violations after the time for any appeals has expired. This information is limited to the name and address of the store, the owner(s)/officer(s) names and information about the sanction itself.

Current SNAP regulations are available online, at http://www.fns.usda.gov/snap/retailers/store-training.htm.

If you have questions, please call Arif Ahmed at (212) 620-3692.

Sincerely,

Gilda Torres

Gilda Torres
Section Chief, Retailer Operations Division
USDA, Food and Nutrition Service
Supplemental Nutrition Assistance Program

AN EQUAL OPPORTUNITY EMPLOYER

UPS Internet Shipping: Shipment Receipt

**Shipment Receipt**

**Transaction Date:** 11 Jun 2014

**Tracking Number:** 1Z7955RR2492034126

Address Information

**Ship To:**
DUNN & WILSON, ATTORNEY AT LAW
THOMAS WILSON
98 LOWER WESTFIELD ROAD
3RD FLOOR
HOLYOKE MA 010402744

**Ship From:**
UNITED STATES DEPT OF AGRICULTURE
ARIF AHMED
201 VARICK STREET
ROOM 609
NEW YORK NY 10014
Telephone:2126203692

**Return Address:**
UNITED STATES DEPT. OF AGRICULTURE
ARIF AHMED
201 VARICK STREET
ROOM 609
NEW YORK NY 10014
Telephone:2126203692

Package Information

| | Weight | Dimensions / Packaging | Declared Value | Reference Numbers |
|---|---|---|---|---|
| 1 | Letter (Letter billable) | UPS Letter | | |

UPS Shipping Service and Shipping Options

| | | |
|---|---|---|
| **Service:** | UPS Next Day Air | |
| **Shipping Fees Subtotal:** | | 22.49 USD |
| **Transportation** | | 20 35 USD |
| **Fuel Surcharge** | | 2.14 USD |

Additional Shipping Options

| | | |
|---|---|---|
| **Delivery Confirmation:** | | |
| Package 1 Signature Required | | 3.87 USD |
| **Quantum View Notify E-mail Notifications:** | | No Charge |
| 1 arif.ahmed@frns usda gov | Ship, Exception, Delivery | |
| **Total Shipping Charges** | | 26.36 USD |

Payment Information

**Bill Shipping Charges to:** Shipper's Account 7955RR

**Daily rates were applied to this shipment**

**Total Charged:** 26.36 USD

**Note: Your invoice may vary from the displayed reference rates.**
* For delivery and guarantee information, see the UPS Service Guide. To speak to a customer service representative, call 1-800-PICK-UPS for domestic services and 1-800-782-7892 for international services.

**Responsibility for Loss or Damage**
UPS's liability for loss or damage to each domestic package or international shipment is limited to $100. Unless a greater value is recorded in the declared value field of the UPS shipping system used, the shipper agrees that the released value of each package covered by this receipt is no greater than $100, which is a reasonable value under the circumstances surrounding the transportation. To increase UPS's limit of liability for loss or damage above $100, the shipper must declare a higher value and pay an additional charge. See the UPS Tariff/Terms and Conditions of Service at www.ups.com for UPS's liability limits, maximum declared values, and other terms of service UPS does not accept for transportation and shippers are prohibited from shipping packages with a value of more than $50,000 Claims not made within nine months after delivery of the package (sixty days for international shipments), or in the case of failure to make delivery, nine months after a reasonable time for delivery has elapsed (sixty days for international shipments), shall be deemed waived. The entry of a C.O D amount is not a declaration of value for carriage purposes. All checks or other negotiable instruments tendered in payment of C.O D. will be accepted by UPS at shipper's risk. UPS shall not be liable for any special, incidental, or consequential damages All shipments are subject to the terms and conditions contained in the UPS Tariff/Terms and Conditions of Service (available at www ups.com)

Tracking
UPS Solutions
Tracking Number
Other Tracking Options
Tracking Detail
1Z7956RR2492034126
Add Description
Delivered
Delivered On:
Thursday, 06/12/2014 at 9:32 A.M.
Left At:
Reception
Special Instructions:
Signature Required
Signed By:
MANNY
Request Status Updates »
Report a Claim »
To:
DUNN & WILSON
98 LOWER WESTFIELD RD
3
HOLYOKE, MA, 01040, US
UPS Next Day Air®
Shipped/Billed On:
06/11/2014
Type:
Package

Subscribe to UPS E-mail

**Contact UPS**
- Browse Online Support
- E-mail UPS
- Live Chat
- Call Customer Service

**Support**
- Open a Shipping Account
- Manage Accounts
- Access Billing Options
- Change Your Delivery

**Solutions for:**
- Healthcare
- Small Business
- High Tech
- More

**Other UPS Sites:**
Select a website

**Follow us:**

WE ♡ LOGISTICS

Home About UPS Site Guide Investors Careers Pressroom UPS Global UPS Mobile UPS Blog

Service Terms and Conditions Website Terms of Use Privacy Notice Your California Privacy Rights Protect Against Fraud

Copyright © 1994-2014 United Parcel Service of America, Inc. All rights reserved

DUNN & WILSON
ATTORNEYS AT LAW
98 Lower Westfield Road, 3rd Floor
Holyoke, MA 01040
TELEPHONE: (413) 533-6800
FACSIMILE: (413) 533-1468

Martin J. Dunn

Thomas N. Wilson

June 17, 2014

**BY FEDERAL EXPRESS**

Chief, Administrative Review Branch
USDA, FNS
3101 Park Center Drive, Room 438
Alexandria, VA 22302

Re: Irfan Kashif
Store location: 160 Lyman Street, Holyoke, MA 01040

Dear Sir/Madam:

Please be advised that Irfan Kashif d/b/a Dairy Mart located at 160 Lyman Street, Holyoke, MA has consulted with and retained this office with regard to a notice of violations that was sent to him on May 20, 2014. On June 11, 2014, he received a letter informing him that he has been permanently disqualified from the Supplemental Nutrition Assistance Program ("SNAP"). In accordance with Sections 278.6(n) and 279 of the SNAP regulations, my client hereby appeals the decision disqualifying him from participating in the SNAP/EBT program.

My client has had a policy of training his employees on how to conduct the EBT/Food Stamps transactions. He trains his employees personally. He has instituted a system whereby a receipt for each EBT/Food Stamps transaction must match the cash register receipt. He always has had security cameras in his store to prevent being robbed and shoplifting but the cameras video will now tape the register and EBT/Food Stamp transactions as well. In the next several months, he hopes to install a new point of sale system. In addition, Mr. Kashif is now spending more time in this store supervising the employees. In addition, he will be conducting spot audit of EBT Food Stamp transactions that his employees conduct. I have included a copy of the Compliance Policy. Unfortunately, this policy was not included in the initial letter. In the past, Mr. Kashif has personally reviewed the SNAP regulations with all employees. He continues to do so but posts in the store the enclosed written sheet that has been also been handed to new employees to review prior to working in the store.

In mitigation, the SNAP investigative report clearly shows that it one employee, Yasir Hussain of 45 Daylor Avenue, Westfield, MA 01085, engaged in the "trafficking". Neither the owner's name nor his description was mentioned by the investigators. The only other employee mentioned did not "traffic". In fact, the illegal transactions took place not in the store but at Walmart in Westfield, MA. Upon Mr. Kashif's receipt of the SNAP letter, he fired Hussain. Mr. Hussain worked at the store for only eight (8) months. In his years of experience in the convenience store business, this was Mr. Kashif's first violation of SNAP regulations.

Finally, the store is in a very poor area in the second poorest city in the Commonwealth of Massachusetts. Many elderly and disabled customers are able to walk to the store for food and supplies. A low income housing project as well an elderly housing tower are both across Lyman Street from the Dairy Mart location. The loss of EBT/Food Stamps would be devastating to not only the store but also the entire neighborhood. This store does a great amount of "walk up" business due to its centrality in this area. Many residents of Downtown Holyoke have come to rely upon this store as part of their daily routine. Many others use this location to purchase milk bread and other necessities.

We very much would appreciate you reviewing this letter, rescinding the disqualification and instituting as an alternative a CMP that may be able to be paid over time.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

Thomas N. Wilson

*TNW/car*
*Enclosure*
*Cc: Irfan Kashif*

## COMPLIANCE POLICY FOR DAIRY MARKET EMPLOYEES

1. EACH TRANSACTION OF SNAP BENEFITS RECEIPT SHOULD MATCH CASH REGISTER RECEIPT.

2. TREAT SNAP CUSTOMERS AS YOU DO OTHER CUSTOMERS WITH COURTESY AND RESPECT.

3. DO NOT RESTRICT SNAP CUSTOMERS TO SHOPPING AT CERTAIN TIMES DURING THE STORE HOURS.

4. DO NOT CHARGE SNAP CUSTOMERS HIGHER PRICES.

5. DO NOT REQUIRE SNAP CUSTOMERS TO MAKE MINIMUM PURCHASE.

6. DO NOT ASK SNAP CUSTOMERS THEIR PERSONAL IDENTIFICATION PIN NUMBERS.

7. ONLY THE CUSTOMER CAN ENTER HIS OR HER P.I.N. AT THE POINT OF SALE TERMINAL.

8. SNAP CUSTOMERS CAN NOT USE THEIR BENEFITS TO BUY THE FOLLOWING ITEMS:
   - BEER, WINE, TOBACCO, LIQUOR, CIGARETTES
   - FOOD THAT IS HOT AT THE POINT OF SALE
   - VITAMINS OR MEDICINES
   - PET FOODS
   - NON FOOD ITEMS, TISSUE, PAPER PLATES, COSMETICS

9. SEPARATE ELIGIBLE AND INELIGIBLE ITEMS AT CASH REGISTER.

10. CAN NOT CHARGE STATE AND LOCAL TAXES ON ELIGIBLE ITEMS PURCHASED ON SNAP BENEFITS.

11. NO TRAFFICKING - IT IS ILLEGAL TO GIVE CASH IN EXCHANGE FOR SNAP BENEFITS.

12. IT IS ILLEGAL TO KEEP SNAP CARD HOLDER NUMBERS OR ENTER THEM MANUALLY UNLESS THE EBT CARDHOLDER IS PRESENT.

13. DO NOT PROVIDE SNAP BENEFITS REFUND IN CASH BENEFITS.

14. NEVER ASK CUSTOMER FOR P.I.N. AND DO NOT WATCH THE P.I.N. BEING ENTERED.

15. DO NOT ENTER THE P.I.N. FOR CUSTOMERS.

**16. DO NOT GIVE CASH CHANGE BACK WHEN MAKING SNAP TRANSACTION AS REFUND.**



earthsmart
FedEx carbon-neutral envelope shipping

Align top of FedEx Express® shipping label

FedEx. 8044 9586 2097

WED - 18 JUN 10:30A
PRIORITY OVERNIGHT

EP NDVA

22302
VA-US
IAD

D
2097
06.18

Expr

ID 114082 17JUN14 EHTA 51AC5/9BC4/65D0

FedEx Express Package US Airbill

FedEx Tracking Number 8044 9586 2097

Form ID No. 0215

1 From
Date
Sender's Name Thomas N Wilson Phone
Company
Address
Dept./Floor/Suite/Room
City State ZIP

2 Your Internal Billing Reference

3 To
Recipient's Name ... Braverel Phone
Company U.S.A. #NS
Address ... Park Center Drive
We cannot deliver to P.O. boxes or P.O. ZIP codes. Dept./Floor/Suite/Room
HOLD Weekday FedEx location address REQUIRED. NOT available for FedEx First Overnight.
HOLD Saturday FedEx location address REQUIRED. Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.
Address Room ...
Use this line for the HOLD location address or for continuation of your shipping address.
City ... State VA ZIP 22302

4 Express Package Service * To most locations.
NOTE: Service order has changed. Please select carefully.
Packages up to 150 lbs. For packages over 150 lbs., use the FedEx Express Freight US Airbill.

Next Business Day
- ☐ FedEx First Overnight — Earliest next business morning delivery to select locations. Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- ☑ FedEx Priority Overnight — Next business morning.* Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- ☐ FedEx Standard Overnight — Next business afternoon.* Saturday Delivery NOT available.

2 or 3 Business Days
- ☐ FedEx 2Day A.M. — Second business morning.* Saturday Delivery NOT available.
- ☐ FedEx 2Day — Second business afternoon.* Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- ☐ FedEx Express Saver — Third business day.* Saturday Delivery NOT available.

5 Packaging * Declared value limit $500.
☑ FedEx Envelope* ☐ FedEx Pak* ☐ FedEx Box ☐ FedEx Tube ☐ Other

6 Special Handling and Delivery Signature Options
☐ SATURDAY Delivery — NOT available for FedEx Standard Overnight, FedEx 2Day A.M., or FedEx Express Saver.
☐ No Signature Required — Package may be left without obtaining a signature for delivery.
☐ Direct Signature — Someone at recipient's address may sign for delivery. Fee applies.
☐ Indirect Signature — If no one is available at recipient's address, someone at a neighboring address may sign for delivery. For residential deliveries only. Fee applies.

Does this shipment contain dangerous goods?
One box must be checked.
☐ No ☐ Yes As per attached Shipper's Declaration. ☐ Yes Shipper's Declaration not required. ☐ Dry Ice Dry Ice, 9, UN 1845 ___ x ___ kg
Dangerous goods (including dry ice) cannot be shipped in FedEx packaging or placed in a FedEx Express Drop Box. ☐ Cargo Aircraft Only

7 Payment Bill to:
Enter FedEx Acct. No. or Credit Card No. below.
☐ Sender Acct. No. in Section 1 will be billed. ☐ Recipient ☐ Third Party ☐ Credit Card ☐ Cash/Check



**United States Department of Agriculture**

Food and Nutrition Service

Supplemental Nutrition Assistance Program

Administrative Review Branch
3101 Park Center Drive, Room 438,
Alexandria, VA 22302

Phone:
(314) 914-5257

Fax:
(877) 891-0385

June 18, 2014

Via FedEx/Certified Mail - Tracking # 1Z09YR002494807560

Thomas N Wilson, Attorney
98 Lower Westfield Road, 3rd Floor
Holyoke, MA 01040

RE: Irfan Kashif
Dairy Market
160 Lyman St
Holyoke, MA 01040

Dear Sir or Madam:

This is to confirm receipt of your request for an administrative review of the adverse action under the Supplemental Nutrition Assistance Program (SNAP) imposed against Dairy Market, Holyoke, MA by the Food and Nutrition Service. Your request for review has been recorded under case number C0166843.

If there is any additional information you may wish to provide in support of your position in this matter, or if your request for administrative review did not include any information showing the grounds on which the review is being sought, you must forward such information to my attention at the address provided in the left margin of this letter within three weeks of the date you receive this correspondence. Please be advised that if there is no information in support of your position, a review cannot be conducted, and, as provided in 7 CFR §279.4(b), the adverse action of the FNS office shall be final.

You are permitted to remain authorized in the SNAP through the duration of the administrative review process only if the adverse action in this case does not involve either a permanent disqualification or denial of authorization.

I will render a Final Agency Decision as soon as possible. Due to the large volume of review requests received by the Food and Nutrition Service's Administrative Review Branch, limiting your case status inquiries to the extent possible will permit more timely service to you and other Appellants that are also awaiting decisions regarding their appeals.

Should you have any further questions please contact me at the phone number listed or at nancy.baca-stepan@fns.usda.gov.

Sincerely,

Nancy Baca-Stepan
Administrative Review Officer
USDA, Food and Nutrition Service
Administrative Review Branch

AN EQUAL OPPORTUNITY EMPLOYER

UPS CampusShip: Shipment Label

**UPS CampusShip: View/Print Label**

1. **Ensure there are no other shipping or tracking labels attached to your package.**  Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed sheet containing the label at the line so that the entire shipping label is visible. Place the label on a single side of the package and cover it completely with clear plastic shipping tape. Do not cover any seams or closures on the package with the label.**  Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **UPS locations include the UPS Store®, UPS drop boxes, UPS customer centers, authorized retail outlets and UPS drivers.**
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.
   Take your package to any location of The UPS Store®, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.

   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

FOLD HERE



A.R. 110

**Garrett, Jaime - FNS**

**From:** UPS Quantum View [auto-notify@ups.com]
**Sent:** Friday, June 20, 2014 9:33 AM
**To:** Garrett, Jaime - FNS
**Subject:** UPS Delivery Notification, Tracking Number 1Z09YR002494807560

UPS My Choice® can help you avoid missed home deliveries.

Learn More

UPS MY CHOICE

✓ GET ALERTS ✓ RESCHEDULE ✓ REROUTE

▸ Sign up now

***Do not reply to this e-mail. UPS and USDA FNS SNAP will not receive your reply.

**At the request of USDA FNS SNAP, this notice is to confirm that the following shipment has been delivered.**

**Important Delivery Information**

**Tracking Number:** 1Z09YR002494807560
**Delivery Date / Time:** 20-June-2014 / 9:15 AM

**Delivery Location:** FRONT DESK
**Signed by:** ALLYN

**Shipment Detail**

**Ship To:**
Thomas N. Wilson
Dunn & Wilson
98 LOWER WESTFIELD RD
HOLYOKE
MA
01040
US

**Number of Packages:** 1
**UPS Service:** NEXT DAY AIR
**Weight:** 1.0 LBS
**Reference Number 1:** Dairy Market Att Ack Letter NBS

A.R. 111

**UPS CampusShip: View/Print Label**

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed sheet containing the label at the line so that the entire shipping label is visible. Place the label on a single side of the package and cover it completely with clear plastic shipping tape. Do not cover any seams or closures on the package with the label.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **UPS locations include the UPS Store®, UPS drop boxes, UPS customer centers, authorized retail outlets and UPS drivers.**
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.
   Take your package to any location of The UPS Store®, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.

   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

FOLD HERE

JAIME GARRETT
703-305-2464
USDA FNS SNAP
3101 PARK CENTER DR
ALEXANDRIA VA 22302

1.0 LBS LTR 1 OF 1

SHIP TO:
IRFAN KASHIF, OWNER
DAIRY MARKET
160 LYMAN ST
HOLYOKE MA 01040

MA 011 9-05

UPS NEXT DAY AIR 1

TRACKING #: 1Z 09Y R00 24 9394 5350

BILLING: P/P
SIGNATURE REQUIRED

Reference # 1: Dairy Market Ack Letter NBS

CS 16.2.03. WNTIE90 51.0A 04/2014

A.R. 112

**Garrett, Jaime - FNS**

**From:** UPS Quantum View [auto-notify@ups.com]
**Sent:** Friday, June 20, 2014 10:33 AM
**To:** Garrett, Jaime - FNS
**Subject:** UPS Delivery Notification, Tracking Number 1Z09YR002493945350

UPS My Choice® can help you avoid missed home deliveries.

Learn More

***Do not reply to this e-mail. UPS and USDA FNS SNAP will not receive your reply.

**At the request of USDA FNS SNAP, this notice is to confirm that the following shipment has been delivered.**

**Important Delivery Information**

**Tracking Number:** 1Z09YR002493945350
**Delivery Date / Time:** 20-June-2014 / 10:10 AM

**Delivery Location:** FRONT DESK
**Signed by:** PATEL

**Shipment Detail**

**Ship To:**
Irfan Kashif, Owner
Dairy Market
160 LYMAN ST
HOLYOKE
MA
01040
US

**Number of Packages:** 1
**UPS Service:** NEXT DAY AIR
**Weight:** 1.0 LBS
**Reference Number 1:** Dairy Market Ack Letter NBS

DUNN & WILSON
ATTORNEYS AT LAW
98 Lower Westfield Road, 3rd Floor
Holyoke, MA 01040
TELEPHONE: (413) 533-6800
FACSIMILE: (413) 533-1468

Martin J. Dunn

Thomas N. Wilson

July 1, 2014

**BY FEDERAL EXPRESS**

Nancy Baca-Stepan, Administrative Review Officer
USDA, FNS
3101 Park Center Drive, Room 438
Alexandria, VA 22302

Re: Irfan Kashif
Store location: 160 Lyman Street, Holyoke, MA 01040

Dear Ms. Baca-Stepan:

Please be advised that Irfan Kashif d/b/a Dairy Mart located at 160 Lyman Street, Hölyoke, MA has consulted with and retained this office with regard to a notice of violations that was sent to him on May 20, 2014. On June 11, 2014, he received a letter informing him that he has been permanently disqualified from the Supplemental Nutrition Assistance Program ("SNAP"). In accordance with Sections 278.6(n) and 279 of the SNAP regulations, my client hereby appealed the decision disqualifying him from participating in the SNAP/EBT program. This letter is to add certain facts that we feel that will aid you in your decision making.

My client, Irfan Kashif, has been and currently is the part owner of several other convenience stores that participate in the SNAP/EBT. There has never been a problem with SNAP/EBT in any of these stores. He owned the Union Mart located on East State Street in Granby, MA for over ten years ending in June of 2013. He currently is part owner of Quik Pik located on Grove Street in Springfield, MA and Stop N Go located on Hillside Avenue in Holyoke. A search of your records will show no issues in any of these stores.

Finally I have enclosed several documents that I feel you should review and use in deciding to allow my client and his store to continue to participate in the SNAP/EBT. The first enclosure is a copy of the Police Report filed by my client in regard to this matter. Mr. Kashif told the police that he did not wish to file charges because he believes that your agency will take action against Mr. Hussain. The second is a copy of my client's payroll records showing that Yasir Hussein, the perpetrator of this trafficking was immediately terminating when Mr. Kashif discovered what had occurred.

Finally, I want to reiterate how importance of the SNAP/EBT program in this particular store is to the neighborhood. Many elderly and low income customers are able to walk to the store for food and supplies. There are two elderly housing complexes located across the street from this location. The store is surrounded by tenements and is within one block of a low income Housing Project called Lyman The loss of EBT/Food

Stamps would be devastating to not only the store but also the entire neighborhood. This store has a large "walk in" business due to its centrality in this area. Many residents of Downtown Holyoke have come to rely upon this store as part of their daily routine. Many others use this location to purchase milk, bread and other necessities.

We very much would appreciate you reviewing this letter, rescinding the permanent disqualification and instituting as an alternative a CMP that may be able to be paid over time.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

Thomas N. Wilson

*TNW/car*
*Enclosure*
*Cc: Irfan Kashif*



Holyoke Police Department
Incident Report

Page: 1
06/28/2014

Incident #: 14-3441-OF
Call #: 14-23832

Date/Time Reported: 06/27/2014 1830
Report Date/Time: 06/27/2014 1950
Status: Incident Open

Reporting Officer: OFFICER MICHAEL EVERETT
Approving Officer: SERGEANT CHARLES MONFETT

Signature: ______________________

Signature: ______________________

| # | SUSPECT(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | **HUSSAIN, YASIR**<br>45 DAYLOR ST<br>WESTFIELD MA 01085 | M | W | 00 | NOT AVAIL | |

Military Active Duty: N
BODY: NOT AVAIL. COMPLEXION: NOT AVAIL.
DOB: NOT AVAIL PLACE OF BIRTH: NOT AVAIL.
LICENSE NUMBER: NOT AVAIL. ETHNICITY: NOT HISPANIC

| # | OFFENSE(S) | ATTEMPTED | TYPE |
|---|---|---|---|

LOCATION TYPE: Convenience Store Zone: RA-1
DAIRY MARKET
96 MAPLE ST
HOLYOKE MA 01040

| # | OFFENSE(S) | ATTEMPTED | TYPE |
|---|---|---|---|
| 1 | **CREDIT CARD, IMPROPER USE OVER $250**<br>**266/37C/D** 266 37C<br>OCCURRED: 06/27/2014 1830 | Y | Felony |

| # | VICTIM(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | **STATE OF MASSACHUSETTS**<br>***UNKNOWN***<br>HOLYOKE MA 01040<br>VICTIM CONNECTED TO OFFENSE NUMBER(S): 1 | | | | | |

| # | PERSON(S) | PERSON TYPE | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|---|
| 1 | **KASHIF, IRFAN**<br>24 MICHAEL DR<br>SOUTH HADLEY MA 01075 | **REPORTING PARTY** | M | W | 34 | [redacted] | [redacted] |

DOB: [redacted]
EMPLOYER: DAIRY MART [redacted]
CONTACT INFORMATION:
Home Phone (Primary) [redacted]
Home Phone (Primary) [redacted]

| # | OTHER PROPERTIES | PROPERTY # | STATUS |
|---|---|---|---|
| 1 | **VARIOUS MASS EBT CARDS** | | **Suspected** |

QUANTITY: 5 VALUE: $10.00
SERIAL #: NOT AVAIL
DATE: 06/27/2014
OWNER: STATE OF MASSACHUSETTS

**14-3441-OF**

OFFICER MICHAEL EVERETT # 345

**Date / Time:** 06/27/2014 1830 hrs.
**Location:** 96 MAPLE ST
**Suspect:** HUSSAIN, YASIR
**Charges:** CREDIT CARD, IMPROPER USE OVER $250

On the above date and time, I (Officer Michael Everett), while assigned to marked Car # 7(Unit 271), was dispatched to 96 MAPLE ST for a report of misuse of a credit card.

Upon arrival I was met by the calling party who was identified as IRFAN KASHIF. Mr. Kashif stated that he had fired one of his employees who he identified as YASIR HUSSAIN over the misuse of Massachusetts EBT cards. He stated that his firing was a result of an ongoing investigation by a federal agency which he couldn't identify at the time I spoke to him. He stated that Mr. Hussain was paying cash for peoples EBT cards and then going to various stores in the area and using them. As a result of this Mr. Kashif had his license to use EBT cards at his store suspended. Mr. Kashif stated he wishes not to file any charges on Mr. Hussain but wanted make a report of the incident. He stated that it is already being investigated by the federal agency which he couldn't identify.

I notified him that there would be a report on file and if he had any further information to contact the police station.

40004 (R-9)

Payrolls by Paychex, Inc.

[redacted] Dairy Market

# PAYROLL JOURNAL

| EMPLOYEE NAME ID | DESCRIPTION | RATE | HOURS | EARNINGS | REIMB & OTHER PAYMENTS | WITHHOLDINGS | | DEDUCTIONS | NET PAY ALLOCATIONS | |
|---|---|---|---|---|---|---|---|---|---|---|
| ****** 100 PAYROLL**<br>Maqbool, Asif<br>6 | Regular | [redacted] | 70.00 | [redacted] | | Social Security<br>Medicare<br>Fed Income Tax<br>MA Income Tax | [redacted]<br>[redacted]<br>[redacted]<br>[redacted] | | Check # 5471<br>Check Amt | [redacted] |
| | EMPLOYEE TOTAL | | 70.00 | [redacted] | | | [redacted] | | Net Pay | [redacted] |
| **COMPANY TOTALS**<br>*1 Person(s)*<br>*1 Transaction(s)* | Regular | | 70.00 | [redacted] | | Social Security<br>Medicare<br>Fed Income Tax<br>MA Income Tax | [redacted]<br>[redacted]<br>[redacted]<br>[redacted] | | Check Amt | [redacted] |
| | COMPANY TOTAL | | 70.00 | [redacted] | | | [redacted] | | Net Pay | [redacted] |
| | | | | | | *Employer Liabilities* | | | | |
| | | | | | | Social Security<br>Medicare<br>Fed Unemploy<br>MA Unemploy<br>MA Health<br>MA Work Train F | [redacted]<br>[redacted]<br>[redacted]<br>[redacted]<br>[redacted]<br>[redacted] | | | |
| | | | | | | TOTAL EMPLOYER LIABILITY | [redacted] | | | |
| | | | | | | TOTAL TAX LIABILITY | 12[redacted]66 | | | |

A.R. 119

40004 (R-9)

*Payrolls by Paychex, Inc.*

# PAYROLL JOURNAL

[illegible] Dairy Market

| EMPLOYEE NAME ID | DESCRIPTION | RATE | HOURS | EARNINGS | REIMB & OTHER PAYMENTS | WITHHOLDINGS | | DEDUCTIONS | NET PAY ALLOCATIONS | |
|---|---|---|---|---|---|---|---|---|---|---|
| ****** 100 PAYROLL** Maqbool, Asif 6 | Regular | [illegible] | 70.00 | [illegible] | | Social Security | [illegible] | | Check # [illegible]2 | |
| | | | | | | Medicare | [illegible] | | Check Amt | [illegible] |
| | | | | | | Fed Income Tax | [illegible] | | | |
| | | | | | | MA Income Tax | [illegible] | | | |
| | EMPLOYEE TOTAL | | 70.00 | [illegible] | | | [illegible] | | Net Pay | [illegible] |
| **COMPANY TOTALS** *1 Person(s) 1 Transaction(s)* | Regular | | 70.00 | [illegible] | | Social Security | [illegible] | | Check Amt | [illegible] |
| | | | | | | Medicare | [illegible] | | | |
| | | | | | | Fed Income Tax | [illegible] | | | |
| | | | | | | MA Income Tax | [illegible] | | | |
| | COMPANY TOTAL | | 70.00 | [illegible] | | | [illegible] | | Net Pay | [illegible] |
| | | | | | | *Employer Liabilities* | | | | |
| | | | | | | Social Security | [illegible] | | | |
| | | | | | | Medicare | [illegible] | | | |
| | | | | | | Fed Unemploy | [illegible] | | | |
| | | | | | | MA Unemploy | [illegible] | | | |
| | | | | | | MA Health | [illegible] | | | |
| | | | | | | MA Work Train F | [illegible] | | | |
| | | | | | | TOTAL EMPLOYER LIABILITY | [illegible] | | | |
| | | | | | | TOTAL TAX LIABILITY | [illegible] | | | |

A.R. 118

40004 (R-9)

Payrolls by Paychex, Inc.

# PAYROLL JOURNAL

[redacted] Dairy Market

| EMPLOYEE NAME ID | DESCRIPTION | RATE | HOURS | EARNINGS | REIMB & OTHER PAYMENTS | WITHHOLDINGS | | DEDUCTIONS | NET PAY ALLOCATIONS | |
|---|---|---|---|---|---|---|---|---|---|---|
| ****** 100 PAYROLL** | | | | | | | | | | |
| **Hussain, Yasir** 11 | Regular | [redacted] | 28.00 | [redacted] | | Social Security | [redacted] | | Check # 5469 | |
| | | | | | | Medicare | [redacted] | | **Check Amt** | [redacted]8 |
| | | | | | | Fed Income Tax | [redacted] | | | |
| | | | | | | MA Income Tax | [redacted] | | | |
| | EMPLOYEE TOTAL | | 28.00 | [redacted]0 | | | [redacted] | | Net Pay | [redacted]8 |
| **Maqbool, Asif** 6 | Regular | [redacted]0 | 70.00 | [redacted]0 | | Social Security | [redacted] | | Check # 5470 | |
| | | | | | | Medicare | [redacted] | | **Check Amt** | [redacted]6 |
| | | | | | | Fed Income Tax | [redacted] | | | |
| | | | | | | MA Income Tax | [redacted] | | | |
| | EMPLOYEE TOTAL | | 70.00 | [redacted]0 | | | [redacted] | | Net Pay | [redacted]6 |
| **COMPANY TOTALS** *2 Person(s)* *2 Transaction(s)* | Regular | | 98.00 | [redacted]0 | | Social Security | [redacted] | | **Check Amt** | [redacted] |
| | | | | | | Medicare | [redacted] | | | |
| | | | | | | Fed Income Tax | [redacted] | | | |
| | | | | | | MA Income Tax | [redacted] | | | |
| | COMPANY TOTAL | | 98.00 | [redacted]0 | | | [redacted] | | Net Pay | [redacted] |
| | | | | | | *Employer Liabilities* | | | | |
| | | | | | | Social Security | [redacted] | | | |
| | | | | | | Medicare | [redacted] | | | |
| | | | | | | Fed Unemploy | [redacted] | | | |
| | | | | | | MA Unemploy | [redacted] | | | |
| | | | | | | MA Health | [redacted] | | | |
| | | | | | | MA Work Train F | [redacted] | | | |
| | | | | | | TOTAL EMPLOYER LIABILITY | [redacted] | | | |
| | | | | | | TOTAL TAX LIABILITY | [redacted] | | | |

A.R. 120

[redacted] Dairy Market
Run Date 05/20/14 08:55 AM

Period Start - End Date 05/04/14 - 05/17/14
Check Date 05/23/14

40004 (R-9)

*Payrolls by Paychex, Inc.*

[illegible] Dairy Market

# PAYROLL JOURNAL

| EMPLOYEE NAME ID | DESCRIPTION | RATE | HOURS | EARNINGS | REIMB & OTHER PAYMENTS | WITHHOLDINGS | | DEDUCTIONS | NET PAY ALLOCATIONS | |
|---|---|---|---|---|---|---|---|---|---|---|
| ****** 100 PAYROLL** Hussain, Yasir 11 | Regular | [illegible] | 28:00 | [illegible] | | Social Security | [illegible] | | Check # 5467 | |
| | | | | | | Medicare | [illegible] | | **Check Amt** | [illegible] |
| | | | | | | Fed Income Tax | [illegible] | | | |
| | | | | | | MA Income Tax | [illegible] | | | |
| | EMPLOYEE TOTAL | | 28:00 | [illegible] | | | [illegible] | | Net Pay | [illegible] |
| Maqbool, Asif 6 | Regular | [illegible] | 70:00 | [illegible] | | Social Security | [illegible] | | Check # 5468 | |
| | | | | | | Medicare | [illegible] | | **Check Amt** | [illegible] |
| | | | | | | Fed Income Tax | [illegible] | | | |
| | | | | | | MA Income Tax | [illegible] | | | |
| | EMPLOYEE TOTAL | | 70:00 | [illegible] | | | [illegible] | | Net Pay | [illegible] |
| **COMPANY TOTALS** *2 Person(s) 2 Transaction(s)* | Regular | | [illegible] | [illegible] | | Social Security | [illegible] | | **Check Amt** | [illegible] |
| | | | | | | Medicare | [illegible] | | | |
| | | | | | | Fed Income Tax | [illegible] | | | |
| | | | | | | MA Income Tax | [illegible] | | | |
| | COMPANY TOTAL | | [illegible] | [illegible] | | | [illegible] | | Net Pay | [illegible] |
| | | | | | | *Employer Liabilities* | | | | |
| | | | | | | Social Security | [illegible] | | | |
| | | | | | | Medicare | [illegible] | | | |
| | | | | | | Fed Unemploy | [illegible] | | | |
| | | | | | | MA Unemploy | [illegible] | | | |
| | | | | | | MA Health | [illegible] | | | |
| | | | | | | MA Work Train F | [illegible] | | | |
| | | | | | | TOTAL EMPLOYER LIABILITY | [illegible] | | | |
| | | | | | | TOTAL TAX LIABILITY | [illegible] | | | |

A.R. 121

[illegible] Dairy Market
Run Date 05/06/14 08:09 AM

Period Start - End Date 04/20/14 - 05/03/14
Check Date 05/09/14

40004 (R-9)

*Payrolls by Paychex, Inc.*

# PAYROLL JOURNAL

[redacted] Dairy Market

| EMPLOYEE NAME ID | DESCRIPTION | RATE | HOURS | EARNINGS | REIMB & OTHER PAYMENTS | WITHHOLDINGS | | DEDUCTIONS | NET PAY ALLOCATIONS | |
|---|---|---|---|---|---|---|---|---|---|---|
| ****** 100 PAYROLL**<br>Hussain, Yasir<br>11 | Regular | [redacted] | 28.00 | [redacted] | | Social Security<br>Medicare<br>Fed Income Tax<br>MA Income Tax | [redacted]<br>[redacted]<br>[redacted]<br>[redacted] | | Check # 5465<br>**Check Amt** | <br>[redacted] |
| | EMPLOYEE TOTAL | | 28.00 | [redacted] | | | [redacted] | | Net Pay | [redacted] |
| Maqbool, Asif<br>6 | Regular | [redacted] | 70.00 | [redacted] | | Social Security<br>Medicare<br>Fed Income Tax<br>MA Income Tax | [redacted]<br>[redacted]<br>[redacted]<br>[redacted] | | Check # 5466<br>**Check Amt** | <br>[redacted] |
| | EMPLOYEE TOTAL | | 70.00 | [redacted] | | | [redacted] | | Net Pay | [redacted] |
| **COMPANY TOTALS**<br>*2 Person(s)*<br>*2 Transaction(s)* | Regular | | 98.00 | [redacted] | | Social Security<br>Medicare<br>Fed Income Tax<br>MA Income Tax | [redacted]<br>[redacted]<br>[redacted]<br>[redacted] | | **Check Amt** | [redacted] |
| | COMPANY TOTAL | | 98.00 | [redacted] | | | [redacted] | | Net Pay | [redacted] |
| | | | | | | *Employer Liabilities* | | | | |
| | | | | | | Social Security<br>Medicare<br>Fed Unemploy<br>MA Unemploy<br>MA Health<br>MA Work Train F | [redacted]<br>[redacted]<br>[redacted]<br>[redacted]<br>[redacted]<br>[redacted] | | | |
| | | | | | | TOTAL EMPLOYER LIABILITY | [redacted] | | | |
| | | | | | | TOTAL TAX LIABILITY | [redacted] | | | |

A.R. 122

[redacted] Dairy Market
Run Date 04/22/14 08:17 AM

Period Start - End Date 04/06/14 - 04/19/14
Check Date 04/25/14

40004 (R-9)

*Payrolls by Paychex, Inc.*

# PAYROLL JOURNAL

[illegible] Dairy Market

| EMPLOYEE NAME ID | HOURS, EARNINGS, REIMBURSEMENTS & OTHER PAYMENTS: DESCRIPTION | RATE | HOURS | EARNINGS | REIMB & OTHER PAYMENTS | WITHHOLDINGS | | DEDUCTIONS | NET PAY ALLOCATIONS | |
|---|---|---|---|---|---|---|---|---|---|---|
| ****** 100 PAYROLL** **Hussain, Yasir** **11** | Regular | [illegible] | 28.00 | [illegible] | | Social Security | [illegible] | | Check # 5461 | |
| | | | | | | Medicare | [illegible] | | **Check Amt** | [illegible] |
| | | | | | | Fed Income Tax | [illegible] | | | |
| | | | | | | MA Income Tax | [illegible] | | | |
| | EMPLOYEE TOTAL | | 28.00 | [illegible] | | | [illegible] | | Net Pay | [illegible] |
| Maqbool, Asif 6 | Regular | [illegible] | 70.00 | [illegible] | | Social Security | [illegible] | | Check # 5462 | |
| | | | | | | Medicare | [illegible] | | **Check Amt** | [illegible] |
| | | | | | | Fed Income Tax | [illegible] | | | |
| | | | | | | MA Income Tax | [illegible] | | | |
| | EMPLOYEE TOTAL | | 70.00 | [illegible] | | | [illegible] | | Net Pay | [illegible] |
| **COMPANY TOTALS** *2 Person(s)* *2 Transaction(s)* | Regular | | 98.00 | [illegible] | | Social Security | [illegible] | | **Check Amt** | [illegible] |
| | | | | | | Medicare | [illegible] | | | |
| | | | | | | Fed Income Tax | [illegible] | | | |
| | | | | | | MA Income Tax | [illegible] | | | |
| | COMPANY TOTAL | | 98.00 | [illegible] | | | [illegible] | | Net Pay | [illegible] |
| | | | | | | *Employer Liabilities* | | | | |
| | | | | | | Social Security | [illegible] | | | |
| | | | | | | Medicare | [illegible] | | | |
| | | | | | | Fed Unemploy | [illegible] | | | |
| | | | | | | MA Unemploy | [illegible] | | | |
| | | | | | | MA Health | [illegible] | | | |
| | | | | | | MA Work Train F | [illegible] | | | |
| | | | | | | TOTAL EMPLOYER LIABILITY | [illegible] | | | |
| | | | | | | TOTAL TAX LIABILITY | [illegible] | | | |

A.R. 123

[illegible] Dairy Market
Run Date 03/25/14 08:16 AM

Period Start - End Date 03/09/14 - 03/22/14
Check Date 03/28/14