UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IRFAN KASHIF, | * |
| | * |
| Plaintiff, | * |
| | *   Civil Action No. 14-30180-MGM |
| v. | * |
| | * |
| UNITED STATES OF AMERICA, | * |
| | * |
| Defendant. | * |

MEMORANDUM AND ORDER REGARDING REPORT AND RECOMMENDATION
REGARDING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
(Dkt. Nos. 21 and 25)

July 14, 2016

MASTROIANNI, U.S.D.J.

Magistrate Judge Katherine A. Robertson has recommended that the court allow Defendant's motion for summary judgment. (Dkt. No. 21.) In a Report and Recommendation ("R&R"), Judge Robertson concluded Plaintiff failed to raise a genuine issue of material fact regarding FNS's determination that a violation occurred or Plaintiff's eligibility for a discretionary civil monetary penalty in lieu of otherwise mandatory permanent disqualification. (Dkt. No. 25.) Accordingly, Judge Robertson concluded Defendant is entitled to judgment as a matter of law. The R&R notified Plaintiff that, if he had an objection, it would have to be filed within fourteen days. No objection has been filed. Based upon the thorough analysis presented in the R&R, and noting there are no objections, the court, upon *de novo* review, hereby ADOPTS the R&R. (Dkt. No. 25.) Defendant's motion for summary judgment (Dkt. No. 21) is ALLOWED.

It is So Ordered.

_/s/ Mark G. Mastroianni_____
MARK G. MASTROIANNI
United States District Judge